**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| BURBERRY LIMITED, a United Kingdom corporation, and BURBERRY LIMITED, a New York corporation, | ) ) ) ) | Case No. 15-cv-6046 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | ) ) ) ) ) | |
| Defendants. | ) | |

## COMPLAINT

Plaintiffs Burberry Limited, a United Kingdom corporation, and Burberry Limited, a New York corporation, (collectively, "Burberry" or "Plaintiffs") hereby bring the present action against the Partnerships and Unincorporated Associations identified on Schedule A attached hereto (collectively, "Defendants") and allege as follows:

## I. JURISDICTION AND VENUE

1. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051 et seq. 28 U.S.C. § 1338(a)–(b) and 28 U.S.C. § 1331. This Court has jurisdiction over the claims in this action that arise under the laws of the State of Illinois pursuant to 28 U.S.C. § 1367(a), because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, and this Court may properly exercise personal jurisdiction over Defendants since each of the Defendants directly

targets business activities toward consumers in the United States, including Illinois, through at least the fully interactive commercial Internet stores operating under the Defendant Domain Names and/or the Online Marketplace Accounts identified in Schedule A attached hereto (collectively, the "Defendant Internet Stores").  Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of Burberry's trademarks.  Each of the Defendants has targeted sales from Illinois residents by operating online stores that offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, has sold counterfeit Burberry products to residents of Illinois. Each of the Defendants is committing tortious acts in Illinois, is engaging in interstate commerce, and has wrongfully caused Burberry substantial injury in the State of Illinois.

## II. INTRODUCTION

3.      This action has been filed by Burberry to combat online counterfeiters who trade upon Burberry's reputation and goodwill by selling and/or offering for sale unauthorized and unlicensed counterfeit products featuring Burberry's registered trademarks (collectively, the "Counterfeit Burberry Products").  The Defendants create the Defendant Internet Stores by the hundreds or even thousands and design them to appear to be selling genuine Burberry products, while actually selling Counterfeit Burberry Products to unknowing consumers.  The Defendant Internet Stores share unique identifiers, such as design elements and similarities of the counterfeit products offered for sale, establishing a logical relationship between them and suggesting that Defendants' counterfeiting operation arises out of the same transaction, occurrence, or series of transactions or occurrences.  Defendants attempt to avoid liability by going to great lengths to conceal both their identities and the full scope and interworking of their

counterfeiting operation. Burberry is forced to file these actions to combat Defendants' counterfeiting of Burberry's registered trademarks, as well as to protect unknowing consumers from purchasing Counterfeit Burberry Products over the Internet. Burberry has been and continues to be irreparably damaged through consumer confusion, dilution, and tarnishment of its valuable trademarks as a result of Defendants' actions and seeks injunctive and monetary relief.

### III. THE PARTIES

**Plaintiffs**

4.     Burberry is an internationally recognized luxury brand involved in the design, manufacture, advertising, distribution, and sale of high-quality apparel, handbags, scarves, footwear, eyewear, luggage and wallets, jewelry and watches, fragrances and cosmetics, and other furnishings (collectively, the "Burberry Products").

5.     For more than 80 years, Burberry has continuously used its distinctive check trademark (the "BURBERRY CHECK"), the BURBERRY® trademark, and the EQUESTRIAN KNIGHT DEVICE trademark (collectively, along with Burberry's other trademarks, the "BURBERRY Trademarks") in connection with the Burberry Products. Burberry has devoted substantial resources to promoting the goodwill of the BURBERRY Trademarks. As a result, the BURBERRY Trademarks have become famous and serve to symbolize Burberry and its reputation as a manufacturer of luxury goods of the highest quality.

6.     The United States Patent and Trademark Office has granted Burberry numerous federal registrations for the BURBERRY Trademarks, including, but not limited to, the following registrations:

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 260,843 | BURBERRY | 08/27/1929 | For: clothing – namely, coats and topcoats for men, women, and children; jackets for men, women, and children; breeches for boys; suits for men and boys; waistcoats for men, women, and children; overalls for women and children; skirts for outer wear for women and children; capes for men, women, and children; hats and caps for men, women and children; bonnets for children; hoods and toques for men, women, and children; neckties for men, women, and children; stockings and socks for men, women, and children; braces and suspenders for men and children; belts for outer wear for men, women, and children; boots of rubber and fabric or combinations of these materials for men, women and children; shoes and slippers of leather, rubber, and fabric or combinations of these materials for men, women, and children; gloves for men, women, and children, of leather and fabric in class 025. |
| 510,077 |  | 05/24/1949 | For: clothing – namely, coats and topcoats for men, women, and children; jackets for men, women and children; breeches for boys; suits for men and boys; waistcoats for men, women, and children; skirts for outer wear for women and children; capes for men, women, and children; hats and caps for men, women, and children; bonnets for children; |

4

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | hoods, and toques for men, women, and children; neckties for men, women and children; stockings and socks for men, women, and children; braces and suspenders for men, and children; belts for outer wear for men, women , and children; boots for men, women, and children, of leather and rubber or combinations of these materials; shoes and slippers for men, women, and children; of leather, rubber, and fabric or combinations of these materials; gloves for men, women, and children of leather and fabric in class 025. |
| 863,179 |  | 01/07/1969 | For: coats, topcoats, jackets, suits, trousers, slacks, shorts, overalls, skirts, capes, hats, caps, bonnets, hoods, berets, neckties, stockings, socks, belts, boots, shoes, slippers, sandals, gloves, shirts, collars, pajamas, dressing gowns, cardigans, sweaters, pullovers, scarves, blouses, beach robes, dresses, skiwear, and handkerchiefs in class 025. |
| 1,133,122 | BURBERRY | 04/15/1980 | For: handbags, travelling bags, leather travelling cases, attaché cases, leather briefcases, purses, pocket wallets, umbrellas in class 018. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 1,241,222 |  | 06/07/1983 | For: coats, top coats, jackets, trousers, slacks, waistcoats, skirts, capes, hats, bonnets, berets, shirts, scarves, shawls and blouses in class 025. |
| 1,607,316 | BURBERRY | 07/24/1990 | For: spectacles, sunglasses fitted cases, frames and lenses, all for sunglasses, for spectacles in class 09. |
| 1,622,186 |  | 11/13/1990 | For: sunglasses, spectacles; frames and lenses in class 09. |
| 1,747,765 | BURBERRY | 01/19/1993 | For: wrist watches and straps and bracelets therefor, and cuff links in class 014. |
| 1,855,154 |  | 09/20/1994 | For: watches, clocks, and parts therefor; straps, bracelets for wrist watches; cuff links in class 014. |
| 1,903,508 |  | 07/04/1995 | For: watches and parts therefor; straps, bracelets for wrist watches; jewelry costume jewelry; tie pins and cuff links in class 014. |
| 2,022,789 |  | 12/17/1996 | For: suitcases, traveling bags, holdalls, suit and garment carriers for travel, attaché cases, document cases, briefcases, purses, drawstring pouches, wallets, billfolds, passport holders, key cases, handbags, shoulder bags, credit card cases, business card cases, toilet bags sold empty, toilet cases sold empty, shaving bags sold empty, tie |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | cases for travel, umbrellas and parasols in class 018.<br><br>For: traveling comforter, namely, fabric blanket-like articles for keeping warm, e.g., when traveling in cold climates, or for use as a stadium blanket in class 024.<br><br>For: clothing for men and women, namely, scarves, pullovers, cardigans, sweaters, overcoats, raincoats, shirts, belts; slippers for men in class 025.<br><br>For: golf bags, golf club covers, golf ball holders, cases containing golf balls, golf tees and golf markers, cases for holding score cards, pens and pencils for use in golf in class 028. |
| 2,512,119 |  | 11/27/2001 | For: non-medicated toilet preparations, namely, perfumes, eau de cologne, and toilet water, essential oils for personal use, namely, shampoos, soaps for the body, shower gels and bath gels and bath foams; and deodorants; shaving preparations in class 03.<br><br>For: for articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, shoulder bags, tote bags, garment bags for travel, carryall bags, |

7

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | traveling bags, hand bags, leather bags for computers and cameras; wallets and purses; toiletry bags sold empty and cosmetic bags sold empty; brief cases, satchels and portfolios; cases for personal organizers and for mobile telephones; parasols, umbrellas, leather key fobs, leather key holders, and dog coats in class 018. |
| 2,610,329 | PRORSUM | 08/20/2002 | For: clothing, namely, footwear, raincoats, blousons, casual coats, polo shirts, blouses, dresses, skirts, jackets, trousers, suits, shirts in class 025. |
| 2,612,272 |  | 08/27/2002 | For: retail store services in the fields of clothing, accessories, shoes, luggage, leather goods and fragrances in class 035. |
| 2,624,684 | BURBERRY | 09/24/2002 | For: retail store services featuring clothing, watches, sunglasses, accessories, shoes, luggage, leather goods and fragrances in class 035. |
| 2,654,697 | PRORSUM | 11/26/2002 | For: articles of luggage, namely, suitcases, carry-on bags, clutch bags, overnight bags, shoulder bags, tote bags, carryall bags, traveling bags, hand bags, wallets and purses in class 018. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,728,709 |  | 06/24/2003 | For: fabrics for use in the manufacture of clothing, underclothes, swimwear, headwear, footwear, hosiery, socks; and belts; fabrics for use in the manufacture of cosmetics cases and bags, toiletry cases and bags, and shaving cases and bags; fabrics for use in the manufacture of purses, pouches, bags, luggage, carriers, travel bags, and suit and garment bags; fabrics for use in the manufacture of cases and holders for money, documents, keys, glasses, and ties; fabrics for use in the manufacture of umbrellas and parasols and cases thereof; fabrics for use in the manufacture of straps and bracelets for watches, and straps for shoes and bags; fabrics for use in the manufacture of lining for all the foregoing goods; comforters and blankets in class 024. |
| 2,732,617 |  | 07/01/2003 | For: perfumes, eau de toilettes, eau de parfums; body lotion, soaps; personal deodorants; aftershave; shampoo for the hair and for the body; shower gels; bath gels in class 003.<br><br>For: articles of luggage, namely, suitcases, athletic and sport bags, beach bags, carry-on bags, clutch bags; duffel and gym bags; overnight bags; school book bags, shoulder bags, tote bags, garment bags for travel, carryall bags, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | traveling bags, hand gabs, leather bags for computers and cameras; wallets and purses; toiletry bags sold empty and cosmetics bags sold empty; brief cases, satchels and portfolios; parasols, umbrellas, walking sticks; leather key fobs, leather key holders in class 018.<br><br>For: articles of outerclothing, namely, coats, overcoats, trench coats, casual coats, raincoats, jackets and blousons, polo shirts, blouses, dresses, pyjamas, knitwear namely, jumpers, sweaters, gilets, knitted shirts, knitted skirts and knitted scarves; and shorts, trousers, suits, skirts, underclothes, hosiery, headwear, footwear, sports clothing namely, sports trousers, sports shorts, sports shirts, sports jackets, sports footwear; tracksuits; garments that can be attached to or detached from coats, raincoats, trench coats, or casual coats for additional warmth; ties, belts, wraps, serapes, scarves, shawls and stoles, gloves in class 025. |
| 2,845,852 |  | 05/25/2004 | For: sunglasses, spectacles, optical glasses; fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; carrying cases and holders for portable computers and mobile telephones in class 009. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,875,336 | BURBERRY | 08/17/2004 | For: sunglasses, combined sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; cases and holders for portable computers and mobile telephones in class 009.<br><br>For: watches, clocks and parts and fittings for all the aforesaid goods, wrist watches and straps and bracelets therefor and pocket watches, jewelry, imitation jewelry, tie-pins and cuff links; and jewelry boxes, hat and shoe ornaments all made of precious metal or coated therewith in class 014. |
| 2,952,399 |  | 05/17/2005 | For: sunglasses, combined sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods; cases and holders for the aforesaid goods; parts and fittings for all the aforesaid goods; computer carrying cases and specialty holsters and cases for carrying mobile telephones in class 009.<br><br>For: watches, clocks and parts and fittings for all the aforesaid goods, wrist watches and straps and bracelets therefor and pocket watches, jewelry, imitation jewelry, tie-pins and cuff links; and jewelry boxes, all made of |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | precious metal or coated therewith in class 014. |
| 3,202,484 | BURBERRY LONDON | 01/23/2007 | For: non-medicated toilet preparations, namely, perfumes, eau de cologne and toilet water, shampoos, soaps for the body, shower gels and bath gels; anti-perspirants and deodorants in class 003.<br><br>For: candles in class 004.<br><br>For: cases and holders for portable computers and mobile telephones; bags for computers and cameras in class 009.<br><br>For: clocks, jewelry, tie-pins and cuff links; articles made of precious metals or coated therewith, namely, boxes and cases for jewelry, money, pills, trinkets; candle sticks and holders, ice tongs, key rings in class 014.<br><br>For: writing paper, paper articles, namely, envelopes, gift tags, wrapping and packaging materials, namely, gift paper, gift bags; printed matter, namely, catalogues featuring clothing, handbags and other luxury items; stationery, greeting cards and notebooks in class 016.<br><br>For: articles of luggage, namely, suitcases, athletic and sports bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, tote bags, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | garment bags for travel, carryall bags, traveling bags, holdalls, handbags, and shoulder bags; wallets; purses; toiletries and cosmetic bags sold empty, briefcases, satchels and briefcase-type portfolios, cases for personal organizers and diaries, umbrellas, walking sticks; dog coats, collars and leads in class 018.<br><br>For: picture frames in class 020.<br><br>For: pillow cases, comforters and bed blankets; clothing labels of textile in class 024.<br><br>For: articles of outerclothing, namely, coats, overcoats, trench coats, casual coats, raincoats, jackets and blousons, shirts, polo shirts, blouses, dresses, pajamas, intimate apparel, namely, lingerie; sleepwear and loungewear; knitwear, namely, jumpers and sweaters, gilets, knitted shirts, knitted skirts and knitted scarves; shorts, trousers, suits, skirts, underclothes, hosiery, headwear, footwear, sports clothing, namely, sports trousers, sports shorts, sports shirts, and sports jackets; sports footwear; tracksuits, ready-made linings sold as component parts of coats, raincoats, trench coats and casual coats; ties, belts and wraps as clothing, serapes, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | scarves, shawls and stoles, gloves in class 025. For: teddy bears in class 028. |
| 3,529,814 |  | 11/11/2008 | For: clothing for pets, leashes and collars for pets, pet carriers in class 044. For: picture frames, pet beds and cushions; cushions, picnic baskets, hampers, deck chairs and folding chairs, door stops of plastic, hangers for clothes, non-metal key fobs in class 020. For: glass, crystal, porcelain and earthenware products, namely, bowls, non-metal candle holders, vases, crockery, namely, butter dishes, gravy boats, milk jugs, pitchers, serving platters, and sugar bowls, dinnerware, plates, bowls, cups, mugs, teapots, coffee pots, tea sets, jugs, saucers, glasses and stemware, cake stands, carafes, wine buckets, ice buckets, egg cups, salt and pepper shakers; goods of precious metals, namely, vases, tea services, salt and pepper shakers, napkin rings, candle holders, serving trays, bowls; flasks, pet bowls, coasters, powder compacts sold empty; non-metal boxes of glass, crystal or earthenware in class 021. For: bed linen, bath linen, table linen, blankets, throws, picnic blankets, beach towels, golf |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | towels, curtains, furniture coverings, cushion covers, handkerchiefs, pet blankets, textile used as linings for clothing and accessories, labels of textile; fabrics for use in the manufacture of clothing, footwear, headwear, hosier, belts, bags, cases, holders and key rings, umbrellas, watches, jewelry, animal clothing, collars, leashes, bed linens, table linens, bath linens, towels, blankets, throws in class 024. <br><br> For: coats, detachable coat linings, rainwear, ponchos, jackets, gilets, jerseys, jumpers, sweaters, blouses, shirts, polo shirts, t-shirts, singlets, vests, tank tops, waistcoats, suits, dresses, skirts, aprons, trousers, jeans, shorts, ski wear, sports jackets, sports jerseys, sports shirts, sports trousers, sweat pants, sweat shirts, sweat shorts, tracksuits, tennis wear, waterproof clothing, namely, coats, jackets, and trousers, bikinis, sarongs, swimwear, bathrobes, boxer shorts, lingerie, loungewear, nightwear, undergarments, ties, cravats, footwear, shoes, boots, athletic footwear, slippers, ballet slippers, hosiery, socks, leggings, caps, bandanas, hats, head scarves, knitted hats, visors, belts, gloves, mufflers, scarves, shawls, stoles, pashminas, children's and infant's |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | clothing, namely, coats, jackets, ponchos, jerseys, sweaters, blouses, shirts, t-shirts, singlets, vests, tank tops, waistcoats, suits, dresses, skirts, trousers, jeans, shorts, children's headwear, children's swimwear, children's nightwear, tights, children's undergarments, and one-piece clothing, headwear, footwear; cloth bibs, textile nappies in class 025.<br><br>For: teddy bears, clothing for toys, Christmas tree ornaments and decorations except confectionery or illumination articles, baby rattles, playing cards in class 028.<br><br>For: retail store services in the fields of clothing, accessories, footwear, headgear, luggage, leather goods, timepieces, jewelry, eyewear and fragrances in class 035. |
| 3,766,097 |  | 03/30/2010 | For: textiles and textile goods, namely, upholstery fabrics, household linen, bed linen, bath linen, table linen, quilts, bed blankets, blanket throws, blankets for outdoor use, children's blankets, lap blankets, pet blankets, duvets, eiderdowns, beach towels, picnic blankets for outdoor use, handkerchiefs, textile labels, plastic furniture coverings, unfitted fabric furniture covers, curtains, textile wall hangings, fabrics for textile use and textile used |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | as lining for clothing, cushion covers in class 024. |
| 3,879,249 | BURBERRY | 11/23/2010 | For: articles of outer clothing, namely, coats, jackets, rainwear, ponchos, gilets, detachable coat linings, raincoats; blousons; casual coats; polo shirts; blouses; dresses; pyjamas; knitwear, namely, jerseys, jumpers, cardigans, sweaters, knitted leggings; shorts; trousers; suits; skirts; jackets; articles of underclothing, namely, boxer shorts, lingerie, loungewear, nightwear, underwear, undergarments; hosiery; headwear; footwear; sports clothing, namely, ski wear, sports jackets, sports jerseys, sports shirts, sports trousers, sweat pants, sweat shirts, sweat shorts, tracksuits, tennis wear, swimwear; sports footwear; tracksuits; ready-made linings, namely, finished textile linings for garments; ties; clothing belts; wraps; serapes; scarves; shawls and stoles; gloves in class 025. |
| 3,898,440 | BURBERRY | 01/04/2011 | For: woven materials and textile goods, namely, woven fabrics, fabrics for use in the manufacture of clothing, swimwear, headgear, footwear, hosiery, belts, bags, cases, cosmetic cases, toiletry bags, purses, wallets, luggage, garment bags, umbrellas, straps and bracelet for watches, clothing for animals, collars and leashes for |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | animals; bed linen and table linen; travelling rugs; articles made from material and textile, namely, place mats of textile material bed blankets, blanket throws, blankets for outdoor use, children's blankets, lap blankets, pet blankets, comforters, towels, facecloths, handkerchiefs, textile labels, coverings of plastic for furniture, unfitted fabric furniture covers, curtains, wall hangings, cushion covers in class 024. |
| 4,065,311 |  | 12/6/2011 | For: non-medicated toilet preparations for the bath and shower, perfumes, talcum powder, cosmetics, preparations for teeth and for hair, namely, toothpaste and shampoos and hair conditioners, soaps, all over body wash; shampoos, anti-perspirants, eau de cologne; eau de toilette with or without alcohol; and toilet water, essential oils, baby body balm, massage oil, potpourri in class 003.<br><br>For: cutlery, christening spoons for household purposes in class 008.<br><br>For: infant feeding bottles and teats; cups adapted for feeding babies, infants and children; pacifiers for babies, teething rings and teething rings incorporating baby rattles in class 010. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | For: baby carriages, strollers, prams; baby carriage, stroller and pram hoods, covers and accessories for the aforesaid goods, namely, stroller bags, head supports, shades, pillows, weather shields, rain covers, umbrellas, foot muffs, cup holders, wheeled boards; safety seats for infants and children for vehicles in class 012.

For: jewellery, imitation jewellery, figurines of precious metal in class 014.

For: bags, namely, athletic and sports bags, beach bags, carry-on bags, clutch bags, duffel and gym bags, overnight bags, school book bags, tote bags; trunks, valises, suitcases, travel bags, garment bags for travel, baby bags for carrying babies, accessories, baby carriers worn on the body, baby harnesses, rucksacks, satchels, hold alls, hand bags, shoulder bags, shopping bags and purses, pouches, wallets, key holders made of leather, credit card and business card holders, labels; cosmetic cases and bags sold empty; umbrellas, parasols, general purpose and sport trolley bags in class 018.

For: household, kitchen or table utensils and containers, namely, bowls, vases, bottles, ports, forks, knives, spoons and tongs; tableware, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | ceramics, porcelain, glassware, earthenware and crockery, namely dishware, pots, bottles, butter dishes, gravy boats, jugs, pitchers, serving platters and trays, sugar bowls, dinnerware, plates, bowls, cups, saucers, mugs, drinking glasses, teapots, coffee pots, tea sets, glasses and stemware, cake stands, egg cups, salt and pepper shakers; beakers, namely, wide-mouthed drinking cubs for household use, drinking glasses, namely, tumblers; combs, hair brushes; baby bath tubs; potties for children; portable bath tubs for babies and infants in class 021.<br><br>For: textile and textile items, namely, bed blankets; bed covers; bed linen; cot linen; duvets; curtains; towels; face cloths; mattress covers; pillow cases; quilts and eiderdowns; bed sheets; textile and plastic table covers; place mats of textile; handkerchiefs; travelling rugs; muslin fabric in class 024.<br><br>For: clothing, namely, baby layettes for clothing, shirts, polo shirts, blouses, dresses, shorts, trousers, skirts, jerseys, jumpers, sweaters, vests, t-shirts, tank tops, jeans, pajamas, coats, overcoats, jackets, raincoats, ponchos, underwear, sleepwear, loungewear, ski wear, swimwear, ties, scarves, shawls, gloves, mittens, tights, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | socks, stockings hosiery, footwear, headwear; diapers of textile in class 025.<br><br>For: toys, namely, mechanical toys, infant toys, stuffed toys, dolls, teddy bears, clothing for toys, bath toys; games, namely, board games, card games, tabletop games; baby rattles; balls for games; exercise equipment, namely, baby gym mats; swimming floats for children and babies for recreational use in class 028.<br><br>For: retail and wholesale store services featuring clothing, footwear, headwear, bags, small leather goods, accessories, homeware, perfumes and toiletries, jewellery, children and infants' products, luxury items in class 035. |
| 4,166,277 |  | 07/03/2012 | For: non-medicated toilet preparations; cosmetic preparations for the bath and shower; non-medicated body and skin care preparations; cosmetic preparations for care of teeth and for hair; nail care preparations and polish; nail accessories, namely, false nails; soaps; anti-perspirants, deodorants; perfumes, eau de cologne, eau de toilette and toilet water; essential oils, massage oil; pot pourri, room fragrance and incense; cleaning preparations for leather and non-leather good in |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | class 003.<br><br>For: sunglasses, spectacles, optical glasses, fitted frames and lenses for the aforesaid goods, cases and holders for the aforesaid goods, and parts and fittings for all the aforesaid goods; cases and holders specially adapted for use with portable electronic devices, mobile telephones, portable audio and video systems and computers; camera cases; mobile phones and mobile phone accessories, namely, mobile phone covers and skins, charms and lanyards for mobile phones mobile phone fascias in the nature of protective covers in class 009.<br><br>For: watches, clocks and parts, fittings and cases for all the aforesaid goods; watch straps and bracelets therefore; jewellery, imitation jewellery, tie-pins, tie clips and cuff links; articles made of precious metals or coated therewith, namely, key rings, charms, badges, shoe ornaments; jewellery boxes and cases; models and figures of precious metal in class 014.<br><br>For: all-purpose carrying bags, trunks, valises, suitcases, travelling bags, garment bags, baby bags, baby carriers worn on the body, baby harnesses worn on the body, rucksacks, satchels, holdalls, handbags, shoulder bags, shopping bags, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | wheeled shopping bags, purses, pouches; wallets, key holders made of leather or imitations of leather, credit card holders of leather and imitations of leather, pochettes; labels, luggage labels and tags all made of leather and imitations of leather; cosmetic cases and bags sold empty, case for manicure sets sold empty; jewellery rolls for travel; umbrellas, parasols; clothing for pets; horse blankets; collars and leashes for animals in class 018.<br><br>For: textiles and textile items, namely, bed blankets, bed covers, bed linen, cot linen, duvets, and curtains; towels; face cloths; mattress covers; pillowcases; quilts and eiderdowns; bed sheets; table covers; unfitted fabric furniture covers, wall hangings, cushion covers; placemats of textile; handkerchiefs; travelling rugs; pet blankets; textile labels in class 024.<br><br>For: clothing, namely, shirts, polo shirts, blouses, dresses, shorts, trousers, suits, skirts, jerseys, jumpers, sweaters, cardigans, gilets, t-shirts, singlets, vests, tank tops, waistcoats, jeans, pyjamas, coats, overcoats, trench coats, casual coats, raincoats, jackets, ponchos, blousons, capes, lingerie, underwear, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | undergarments, sleepwear, loungewear; ski wear, sports trousers, sports shorts, sports shirts, sports jackets, sweat pants, sweat shirts, sweat shorts, tracksuits, swimwear; ready-made linings sold as component parts of coats; clothing belts; ties, wraps, serapes, sarongs, scarves, shawls and stoles; gloves; tights, socks, stockings, hosiery, leggings; footwear; headwear in class 025. |

7.      The above registrations for the BURBERRY Trademarks are valid, subsisting, in full force and effect, and many are incontestable pursuant to 15 U.S.C. § 1065.  The registrations for the BURBERRY Trademarks constitute *prima facie* evidence of their validity and of Burberry's exclusive right to use the BURBERRY Trademarks pursuant to 15 U.S.C. § 1057 (b). True and correct copies of the United States Registration Certificates for the above-listed BURBERRY Trademarks are attached hereto as **Exhibit 1**.

8.      The BURBERRY Trademarks are unique and distinctive and identify the merchandise as high-quality goods from Burberry.

9.      The BURBERRY Trademarks qualify as famous marks, as that term is used in 15 U.S.C. §1125 (c)(1), and have been continuously used and never abandoned.

10.      Burberry has used the BURBERRY Trademarks on and in connection with the advertising and sale of a wide variety of luxury goods, including, but not limited to, the Burberry Products.  Burberry has sold and advertised its luxury goods in interstate and intrastate commerce, including commerce in the State of Illinois, and in this judicial district. As a result of

their widespread use, these trademarks have become a symbol of modern luxury and synonymous with Burberry. The BURBERRY Trademarks are inherently distinctive or have acquired secondary meaning and, as such, have come to be known as source identifiers for authentic Burberry products.

11. As of March 31, 2015, Burberry globally had 214 retail stores, 213 concessions, 57 outlets and 67 franchise stores, with e-commerce in over 25 countries. In the United States, Burberry Products are sold in 82 Burberry-operated retail and outlet stores, and at well-known department stores such as Saks Fifth Avenue, Neiman Marcus and Nordstrom.

12. Since approximately 2004, Burberry has operated a website where it promotes and sells genuine Burberry Products at Burberry.com. Sales of Burberry Products via the Burberry.com website represent a significant portion of Burberry's business. The Burberry.com website features proprietary content, images and designs exclusive to Burberry.

13. Burberry has expended substantial time, money, and other resources in developing, advertising, and otherwise promoting the BURBERRY Trademarks. As a result, products bearing the BURBERRY Trademarks are widely recognized and exclusively associated by consumers, the public, and the trade as being high-quality products sourced from Burberry. Burberry Products have also become among the most popular of their kind in the world.

14. Because of Burberry's advertising and promotional efforts and its continuous use of the BURBERRY Trademarks for many years, Burberry has attained one of the highest levels of recognition among luxury brands in the United States, and the BURBERRY Trademarks have become famous.

**The Defendants**

15.     Defendants are individuals and business entities who, upon information and belief, reside in the People's Republic of China or other foreign jurisdictions.  Defendants conduct business throughout the United States, including within the State of Illinois and this Judicial District, through the operation of the fully interactive commercial websites and online marketplaces operating under the Defendant Internet Stores.  Each Defendant targets the United States, including Illinois, and has offered to sell, and, on information and belief, has sold and continues to sell Counterfeit Burberry Products to consumers within the United States, including the State of Illinois.

16.     On information and belief, Defendants are an interrelated group of counterfeiters working in active concert to knowingly and willfully manufacture, import, distribute, offer for sale, and sell products bearing counterfeit versions of the BURBERRY Trademarks in the same transaction, occurrence, or series of transactions or occurrences.  Tactics used by Defendants to conceal their identities and the full scope of their counterfeiting operation make it virtually impossible for Burberry to learn Defendants' true identities and the exact interworking of their massive counterfeit network.   In the event that Defendants provide additional credible information regarding their identities, Burberry will take appropriate steps to amend the Complaint.

## IV. DEFENDANTS' UNLAWFUL CONDUCT

17.     The success of the Burberry brand has resulted in its significant counterfeiting. Consequently, Burberry has a worldwide anti-counterfeiting program and regularly investigates suspicious websites and online marketplace listings identified in proactive Internet sweeps and reported by consumers.  In recent years, Burberry has identified thousands of domain names

26

linked to fully interactive websites and marketplace listings on platforms such as iOffer and Aliexpress, including the Defendant Internet Stores, which were offering for sale, selling, and importing Counterfeit Burberry Products to consumers in this Judicial District and throughout the United States. Despite Burberry's enforcement efforts online and on the ground, Defendants have persisted in creating the Defendant Internet Stores, which generate massive profits selling Counterfeit Burberry Products. Internet websites like the Defendant Internet Stores are estimated to receive tens of millions of visits per year and to generate over $135 billion in annual online sales. According to an intellectual property rights seizures statistics report issued by Homeland Security, the manufacturer's suggested retail price (MSRP) of goods seized by the U.S. government in fiscal year 2014 was over $1.23 billion. Internet websites like the Defendant Internet Stores are also estimated to contribute to tens of thousands of lost jobs for legitimate businesses and broader economic damages such as lost tax revenue every year.

18. Defendants facilitate sales by designing the Defendant Internet Stores so that they appear to unknowing consumers to be authorized online retailers, outlet stores, or wholesalers selling genuine Burberry Products. Many of the Defendant Internet Stores look sophisticated and accept payment in U.S. dollars via credit cards, Western Union and PayPal. Numerous Defendant Domain Names also incorporate the BURBERRY Trademarks into the URL, and the Defendant Internet Stores often include content and design elements on the websites that make it very difficult for consumers to distinguish such counterfeit sites from an authorized website. Defendants further perpetuate the illusion of legitimacy by offering "live 24/7" customer service and using indicia of authenticity and security that consumers have come to associate with authorized retailers, including the McAfee® Security, VeriSign®, Visa®, MasterCard®, and

PayPal® logos. Burberry has not licensed or authorized Defendants to use its BURBERRY Trademarks, and none of the Defendants are authorized retailers of genuine Burberry Products.

19. Defendants also deceive unknowing consumers by using the BURBERRY Trademarks without authorization within the content, text, and/or meta tags of their websites in order to attract various search engines crawling the Internet looking for websites relevant to consumer searches for Burberry Products. Additionally, upon information and belief, Defendants use other unauthorized search engine optimization (SEO) tactics and social media spamming so that the Defendant Internet Stores listings show up at or near the top of relevant search results and misdirect consumers searching for genuine Burberry Products. Further, Defendants utilize similar illegitimate SEO tactics to propel new domain names to the top of search results after others are shut down. As such, Burberry also seeks to disable Defendant Domain Names owned by Defendants that are the means by which the Defendants could continue to sell Counterfeit Burberry Products.

20. Defendants go to great lengths to conceal their identities and often use multiple fictitious names and addresses to register and operate their massive network of Defendant Internet Stores. For example, many of Defendants' names and physical addresses used to register the Defendant Domain Names are incomplete, contain randomly typed letters, or fail to include cities or states. Other Defendant Domain Names use privacy services that conceal the owners' identity and contact information. On information and belief, Defendants regularly create new websites and online marketplace accounts on various platforms using the identities listed in Schedule A to the Complaint, as well as other unknown fictitious names and addresses. Such Defendant Internet Store registration patterns are one of many common tactics used by the

Defendants to conceal their identities, the full scope and interworking of their massive counterfeiting operation, and to avoid being shut down.

21.     Even though Defendants operate under multiple fictitious names, there are numerous similarities among the Defendant Internet Stores.  For example, many of the Defendant websites have virtually identical layouts, even though different aliases were used to register the respective domain names.  In addition, Counterfeit Burberry Products for sale in the Defendant Internet Stores bear similar irregularities and indicia of being counterfeit to one another, suggesting that the Counterfeit Burberry Products were manufactured by and come from a common source and that Defendants are interrelated.  The Defendant Internet Stores also include other notable common features, including use of the same domain name registration patterns, shopping cart platforms, accepted payment methods, check-out methods, meta data, illegitimate SEO tactics, HTML user-defined variables, domain redirection, lack of contact information, identically or similarly priced items and volume sales discounts, the same incorrect grammar and misspellings, similar hosting services, similar name servers, and the use of the same text and images, including content copied from Burberry's official Burberry.com website.

22.     In addition to operating under multiple fictitious names, Defendants in this case and defendants in other similar cases against online counterfeiters use a variety of other common tactics to evade enforcement efforts.  For example, counterfeiters like Defendants will often register new domain names or online marketplace accounts under new aliases once they receive notice of a lawsuit.  Counterfeiters also often move website hosting to rogue servers located outside the United States once notice of a lawsuit is received.  Rogue servers are notorious for ignoring take down demands sent by brand owners.  Counterfeiters also typically ship products in small quantities via international mail to minimize detection by U.S. Customs and Border

Protection. A 2012 U.S. Customs and Border Protection report on seizure statistics indicated that the Internet has fueled "explosive growth" in the number of small packages of counterfeit goods shipped through the mail and express carriers.

23. Further, counterfeiters such as Defendants typically operate multiple credit card merchant accounts and PayPal accounts behind layers of payment gateways so that they can continue operation in spite of Burberry's enforcement efforts. On information and belief, Defendants maintain off-shore bank accounts and regularly move funds from their PayPal accounts to off-shore bank accounts outside the jurisdiction of this Court. Indeed, analysis of PayPal transaction logs from previous similar cases indicates that off-shore counterfeiters regularly move funds from U.S.-based PayPal accounts to China-based bank accounts outside the jurisdiction of this Court.

24. Defendants, without any authorization or license from Burberry, have knowingly and willfully used and continue to use the BURBERRY Trademarks in connection with the advertisement, distribution, offering for sale, and sale of Counterfeit Burberry Products into the United States and Illinois over the Internet. Each Defendant Internet Store offers shipping to the United States, including Illinois, and, on information and belief, each Defendant has sold Counterfeit Burberry Products into the United States, including Illinois.

25. Defendants' use of the BURBERRY Trademarks in connection with the advertising, distribution, offering for sale, and sale of Counterfeit Burberry Products, including the sale of Counterfeit Burberry Products into Illinois, is likely to cause and has caused confusion, mistake, and deception by and among consumers and is irreparably harming Burberry.

## COUNT I
## TRADEMARK INFRINGEMENT AND COUNTERFEITING (15 U.S.C. § 1114)

26.     Burberry re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 25.

27.     This is a trademark infringement action against Defendants based on their unauthorized use in commerce of counterfeit imitations of the registered BURBERRY Trademarks in connection with the sale, offering for sale, distribution, and/or advertising of infringing goods.  The BURBERRY Trademarks are highly distinctive marks.  Consumers have come to expect the highest quality from Burberry Products sold or marketed under the BURBERRY Trademarks.

28.     Defendants have sold, offered to sell, marketed, distributed, and advertised, and are still selling, offering to sell, marketing, distributing, and advertising products bearing counterfeit reproductions of the BURBERRY Trademarks without Burberry's permission.

29.     Burberry is the exclusive owner of the BURBERRY Trademarks.  Burberry's United States Registrations for the BURBERRY Trademarks (Exhibit 1) are in full force and effect.  Upon information and belief, Defendants have knowledge of Burberry's rights in the BURBERRY Trademarks, and are willfully infringing and intentionally using counterfeits of the BURBERRY Trademarks.  Defendants' willful, intentional and unauthorized use of the BURBERRY Trademarks is likely to cause and is causing confusion, mistake, and deception as to the origin and quality of the Counterfeit Burberry Products among the general public.

30.     Defendants' activities constitute willful trademark infringement and counterfeiting under Section 32 of the Lanham Act, 15 U.S.C. § 1114.

31.     Burberry has no adequate remedy at law, and if Defendants' actions are not enjoined, Burberry will continue to suffer irreparable harm to its reputation and the goodwill of its well-known BURBERRY Trademarks.

32.     The injuries and damages sustained by Burberry have been directly and proximately caused by Defendants' wrongful reproduction, use, advertisement, promotion, offering to sell, and sale of Counterfeit Burberry Products.

## COUNT II
## FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))

33.     Burberry hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 32.

34.     Defendants' promotion, marketing, offering for sale, and sale of Counterfeit Burberry Products has created and is creating a likelihood of confusion, mistake, and deception among the general public as to the affiliation, connection, or association with Burberry or the origin, sponsorship, or approval of Defendants' Counterfeit Burberry Products by Burberry.

35.     By using the BURBERRY Trademarks on the Counterfeit Burberry Products, Defendants create a false designation of origin and a misleading representation of fact as to the origin and sponsorship of the Counterfeit Burberry Products.

36.     Defendants' false designation of origin and misrepresentation of fact as to the origin and/or sponsorship of the Counterfeit Burberry Products to the general public is a willful violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

37.     Burberry has no adequate remedy at law and, if Defendants' actions are not enjoined, Burberry will continue to suffer irreparable harm to its reputation and the goodwill of its brand.

**COUNT III**

**CLAIM FOR INJUNCTIVE RELIEF UNDER THE ANTICYBERSQUATTING CONSUMER PROTECTION ACT (15 U.S.C. § 1125(d)) AS TO THE DEFENDANTS OPERATING A DEFENDANT DOMAIN NAME INCORPORATING ANY OF THE BURBERRY TRADEMARKS**

38.     Burberry hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 37.

39.     Burberry is the exclusive owner of the BURBERRY Trademarks.  The U.S. Registrations for the BURBERRY Trademarks (**Exhibit 1**) are in full force and effect. Additionally, the BURBERRY Trademarks are highly distinctive and famous marks pursuant to 15 U.S.C. § 1125 and were famous before and at the time of the registration of the Defendant Domain Names.

40.     Upon information and belief, Defendants operating a Defendant Domain Name incorporating any of the BURBERRY Trademarks have acted with bad faith intent to profit from the unauthorized use of the BURBERRY Trademarks and the goodwill associated therewith by registering, trafficking in, or using various domain names which are identical to, confusingly similar to, or dilutive of the BURBERRY Trademarks.

41.     Defendants have no intellectual property rights in or to the BURBERRY Trademarks.

42.     Defendants' actions constitute willful cybersquatting in violation of §43(d) of the Lanham Act, 15 U.S.C. §1125(d).

43.     Burberry has no adequate remedy at law, and the registration and use of the Defendant Domain Names incorporating the BURBERRY Trademarks has caused, is causing, and is likely to continue to cause substantial and irreparable injury to the public and to Burberry.

## COUNT IV
## VIOLATION OF ILLINOIS UNIFORM DECEPTIVE TRADE PRACTICES ACT
### (815 ILCS § 510, *et seq.*)

44.     Burberry hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 43.

45.     Defendants have engaged in acts violating Illinois law including, but not limited to, passing off their Counterfeit Burberry Products as those of Burberry; causing a likelihood of confusion and/or misunderstanding as to the source of their goods; causing a likelihood of confusion and/or misunderstanding as to an affiliation, connection, or association with genuine Burberry Products; representing that their products have Burberry's approval when they do not; and engaging in other conduct which creates a likelihood of confusion or misunderstanding among the public.

46.     The foregoing Defendants' acts constitute a willful violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.*

47.     Burberry has no adequate remedy at law, and Defendants' conduct has caused Burberry to suffer damage to its reputation and goodwill.  Unless enjoined by the Court, Burberry will suffer future irreparable harm as a direct result of Defendants' unlawful activities.

## PRAYER FOR RELIEF

WHEREFORE, Burberry prays for judgment against Defendants as follows:

1) That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

   a. using the BURBERRY Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution,

marketing, advertising, offering for sale, or sale of any product that is not a genuine Burberry Product or is not authorized by Burberry to be sold in connection with the BURBERRY Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Burberry Product or any other product produced by Burberry that is not Burberry's or not produced under the authorization, control, or supervision of Burberry and approved by Burberry for sale under the BURBERRY Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Burberry Products are those sold under the authorization, control, or supervision of Burberry, or are sponsored by, approved by, or otherwise connected with Burberry;

d. further infringing the BURBERRY Trademarks and damaging Burberry's goodwill;

e. otherwise competing unfairly with Burberry in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Burberry, nor authorized by Burberry to be sold or offered for sale, and which bear any Burberry trademark, including the BURBERRY Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Burberry Products; and

h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the BURBERRY Trademarks or any reproduction, counterfeit copy or colorable imitation thereof that is not a genuine Burberry Product or not authorized by Burberry to be sold in connection with the BURBERRY Trademarks; and

2) That Defendants, within fourteen (14) days after service of judgment with notice of entry thereof upon them, be required to file with the Court and serve upon Burberry a written report under oath setting forth in detail the manner and form in which Defendants have complied with paragraph 1, a through h, above;

3) Entry of an Order that, at Burberry's choosing, the registrant of the Defendant Domain Names shall be changed from the current registrant to Burberry, and that the domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, shall unlock and change the registrar of record for the Defendant Domain Names to a registrar of Burberry's selection, and that the domain name registrars take any steps necessary to transfer the Defendant Domain Names to a registrar of Burberry's selection; or that the same domain name registries shall disable the Defendant Domain Names and make them inactive and untransferable;

4) Entry of an Order that, upon Burberry's request, those in privity with Defendants and those with notice of the injunction, including any online marketplaces such as iOffer and Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search

engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars such as GoDaddy, name.com, and PDR LTD. D/B/A PUBLICDOMAINREGISTRY.COM, shall:

    a.  disable and cease providing services for any accounts through which Defendants, currently or in the future, engage in the sale of goods using the BURBERRY Trademarks, including, but not limited to, any accounts associated with the Defendants listed on Schedule A;

    b.  disable any account linked to Defendants, linked to any e-mail addresses used by Defendants, or linked to any Defendant Domain Names ("Defendant's Registrar Accounts");

    c.  take any steps necessary to transfer to a registrar of Burberry's selection any domain name reported by Burberry, currently or in the future, being used to engage in the sale of goods using the BURBERRY Trademarks;

    d.  disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the BURBERRY Trademarks; and

    e.  take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index; and

5) That Defendants account for and pay to Burberry all profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that the amount of damages for infringement of the BURBERRY Trademarks be increased by a sum not exceeding three times the amount thereof as provided by 15 U.S.C. § 1117;

6) In the alternative, that Burberry be awarded statutory damages pursuant to 15 U.S.C. § 1117(c)(2) of $2,000,000 for each and every use of the BURBERRY Trademarks and $100,000 per domain name incorporating any of the BURBERRY Trademarks pursuant to 15 U.S.C. § 1117(d);

7) That Burberry be awarded its reasonable attorneys' fees and costs; and

8) Award any and all other relief that this Court deems just and proper.


Dated this 9th day of July 2015.                    Respectfully submitted,


                                         /s/ Justin R. Gaudio_____
                                         Kevin W. Guynn
                                         Amy C. Ziegler
                                         Justin R. Gaudio
                                         Jessica L. Bloodgood
                                         Greer, Burns & Crain, Ltd.
                                         300 South Wacker Drive, Suite 2500
                                         Chicago, Illinois 60606
                                         312.360.0080
                                         312.360.9315 (facsimile)
                                         kguynn@gbclaw.net
                                         aziegler@gbclaw.net
                                         jgaudio@gbclaw.net
                                         jbloodgood@gbclaw.net

                                         *Counsel for Plaintiffs Burberry Limited, a United Kingdom corporation, and Burberry Limited, a New York corporation*