# Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

Amended

Reg. No. 260,843

Registered Aug. 27, 1929

OG Date Aug. 21, 2001

# TRADEMARK
# PRINCIPAL REGISTER

## BURBERRY

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-20 HAYMARKET
LONDON, UNITED KINGDOM SW1Y4DQ
OWNER OF GREAT BRITAIN REG. NO. 405317, DATED 6-18-1920.

FOR: CLOTHING—NAMELY, COATS AND TOPCOATS FOR MEN, WOMEN, AND CHILDREN; JACKETS FOR MEN, WOMEN, AND CHILDREN; BREECHES FOR MEN AND BOYS; SUITS FOR MEN AND BOYS; RIDING HABITS FOR WOMEN AND GIRLS; WAISTCOATS FOR MEN, WOMEN, AND CHILDREN; [ GAITERS FOR MEN, WOMEN, AND CHILDREN; LEGGINGS FOR MEN, WOWMEN, AND CHILDREN; ] OVERALLS FOR MEN, WOMEN, AND CHILDREN; SKIRTS FOR OUTER WEAR FOR WOMEN AND CHILDREN; [ FUR COATS AND FUR JACKETS FOR MEN, WOMEN, AND CHILDREN; ] CAPES FOR MEN, WOMEN, AND CHILDREN; HATS AND CAPS FOR MEN, WOMEN, AND CHILDREN; [ HELMETS FOR MEN AND WOMEN; ] BONNETS, HOODS, AND TOQUES FOR MEN, WOMEN, AND CHILDREN; NECKTIES FOR MEN, WOMEN, AND CHILDREN; STOCKINGS AND SOCKS FOR MEN, WOMEN, AND CHILDREN; BRACES AND SUSPENDERS FOR MEN, WOMEN, AND CHILDREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN; BOOTS OF RUBBER AND FABRIC OR COMBINATIONS OF THESE MATERIALS FOR MEN, WOMEN AND CHILDREN; SHOES AND SLIPPERS OF LEATHER, RUBBER, AND FABRIC OR COMBINATIONS OF THESE MATERIALS FOR MEN, WOMEN, AND CHILDREN; [ UNDERWEAR OF KNITTED AND TEXTILE FABRIC FOR MEN, WOMEN, AND CHILDREN; ] GLOVES FOR MEN, WOMEN, AND CHILDREN, OF LEATHER AND FABRIC, IN CLASS 39 (INT. CL. 25).

FIRST USE 0-0-1910; IN COMMERCE 0-0-1910.

SER. NO. 71-281,718, FILED 4-2-1929.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 21, 2001.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cl.: 25

Prior U.S. Cl.: 39

United States Patent and Trademark Office

20 Year Renewal

Reg. No. 260,843

Registered Aug. 27, 1929

Renewal Approved Oct. 30, 1989

# TRADEMARK
# PRINCIPAL REGISTER

# BURBERRYS

BURBERRYS LIMITED (UNITED KINGDOM CORPORATION)
18/22 HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

OWNER OF GREAT BRITAIN REG. NO. 405317, DATED 6-18-1920.

FOR: CLOTHING—NAMELY, COATS AND TOPCOATS FOR MEN, WOMEN, AND CHILDREN; JACKETS FOR MEN, WOMEN, AND CHILDREN; BREECHES FOR MEN AND BOYS; SUITS FOR MEN AND BOYS; RIDING HABITS FOR WOMEN AND GIRLS; WAISTCOATS FOR MEN, WOMEN, AND CHILDREN; [GAITERS FOR MEN, WOMEN, AND CHILDREN; LEGGINGS FOR MEN, WOMEN, AND CHILDREN;] OVERALLS FOR MEN, WOMEN, AND CHILDREN; SKIRTS FOR OUTER WEAR FOR WOMEN AND CHILDREN; [FUR COATS AND FUR JACKETS FOR MEN, WOMEN, AND CHILDREN;] CAPES FOR MEN, WOMEN, AND CHILDREN; HATS AND CAPS FOR MEN, WOMEN, AND CHILDREN; [HELMETS FOR MEN AND WOMEN;] BONNETS, HOODS, AND TOQUES FOR MEN, WOMEN, AND CHILDREN; NECKTIES FOR MEN, WOMEN, AND CHILDREN; STOCKINGS AND SOCKS FOR MEN, WOMEN, AND CHILDREN; BRACES AND SUSPENDERS FOR MEN, WOMEN, AND CHILDREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN; BOOTS OF RUBBER AND FABRIC OR COMBINATIONS OF THESE MATERIALS FOR MEN, WOMEN AND CHILDREN; SHOES AND SLIPPERS OF LEATHER, RUBBER, AND FABRIC OR COMBINATIONS OF THESE MATERIALS FOR MEN, WOMEN, AND CHILDREN; [UNDERWEAR OF KNITTED AND TEXTILE FABRIC FOR MEN, WOMEN, AND CHILDREN;] GLOVES FOR MEN, WOMEN, AND CHILDREN, OF LEATHER AND FABRIC, IN CLASS 39 (INT. CL. 25).

FIRST USE 0-0-1910; IN COMMERCE 0-0-1910.

SER. NO. 71-281,718, FILED 4-2-1929.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Dec. 12, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Aug. 27, 1929. **Trade-Mark 260,843**

460

# UNITED STATES PATENT OFFICE.

BURBERRYS LIMITED, OF LONDON, ENGLAND.

ACT OF FEBRUARY 20, 1905.

Application filed April 2, 1929. Serial No. 281,718.

**BURBERRYS**

## STATEMENT.

*To all whom it may concern:*

Be it known that Burberrys Limited, a corporation organized and existing under the laws of Great Britain and Ireland, located and doing business at No. 13 Mason's Yard, Duke Street, and No. 15–17 Golden Square, in the city of London, England, has adopted and used the trade-mark shown in the accompanying drawing, for CLOTHING—NAMELY, COATS AND TOPCOATS FOR MEN, WOMEN, AND CHILDREN; JACKETS FOR MEN, WOMEN, AND CHILDREN; BREECHES FOR MEN AND BOYS; SUITS FOR MEN AND BOYS; RIDING HABITS FOR WOMEN AND GIRLS; WAISTCOATS FOR MEN, WOMEN, AND CHILDREN; GAITERS FOR MEN, WOMEN, AND CHILDREN; LEGGINGS FOR MEN, WOMEN, AND CHILDREN; OVERALLS FOR MEN, WOMEN, AND CHILDREN; SKIRTS FOR OUTER WEAR FOR WOMEN AND CHILDREN; FUR COATS AND FUR JACKETS FOR MEN, WOMEN, AND CHILDREN; CAPES FOR MEN, WOMEN, AND CHILDREN; HATS AND CAPS FOR MEN, WOMEN, AND CHILDREN; HELMETS FOR MEN AND WOMEN; BONNETS, HOODS, AND TOQUES FOR MEN, WOMEN, AND CHILDREN; NECKTIES FOR MEN, WOMEN, AND CHILDREN; STOCKINGS AND SOCKS FOR MEN, WOMEN, AND CHILDREN; BRACES AND SUSPENDERS FOR MEN, WOMEN, AND CHILDREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN; BOOTS OF RUBBER AND FABRIC OR COMBINATIONS OF THESE MATERIALS FOR MEN, WOMEN, AND CHILDREN; SHOES AND SLIPPERS OF LEATHER, RUBBER, AND FABRIC OR COMBINATIONS OF THESE MATERIALS FOR MEN, WOMEN, AND CHILDREN; UNDERWEAR OF KNITTED AND TEXTILE FABRIC FOR MEN, WOMEN, AND CHILDREN; GLOVES FOR MEN, WOMEN, AND CHILDREN, OF LEATHER AND FABRIC—in Class No. 39, Clothing.

The trade mark has been continuously used and applied to said goods in the business of said corporation and in the business of its predecessor from whom title was derived since the year 1910.

Said trade mark has been registered in Great Britain and Ireland on June 18, 1920, under Number 405,317. Richards & Geier, (Oscar A. Geier, sole member) of No. 274 Madison Avenue, city, county and State of New York, is designated as applicant's representative on whom process or notice of proceedings affecting the right to ownership of said trade mark brought under the laws of the United States, may be served.

The trade mark is applied or affixed to the goods by being printed, stamped or otherwise reproduced on labels or tags which are attached to the goods or the containers of the goods; by means of woven labels attached to the goods and showing the trade mark; and in other suitable ways.

BURBERRYS LIMITED,
By FREDERICK ALBERT ROLLER,
*Director.*

Registered Aug. 27, 1929. **Trade-Mark 260,843**

# UNITED STATES PATENT OFFICE.

BURBERRYS LIMITED, OF LONDON, ENGLAND.

ACT OF FEBRUARY 20, 1905.

Application filed April 2, 1929. Serial No. 281,718.

**BURBERRYS**

## STATEMENT.

*To all whom it may concern:*

Be it known that Burberrys Limited, a corporation organized and existing under the laws of Great Britain and Ireland, located and doing business at No. 13 Mason's Yard, Duke Street, and No. 15–17 Golden Square, in the city of London, England, has adopted and used the trade-mark shown in the accompanying drawing, for CLOTHING—NAMELY, COATS AND TOPCOATS FOR MEN, WOMEN, AND CHILDREN; JACKETS FOR MEN, WOMEN, AND CHILDREN; BREECHES FOR MEN AND BOYS; SUITS FOR MEN AND BOYS; RIDING HABITS FOR WOMEN AND GIRLS; WAISTCOATS FOR MEN, WOMEN, AND CHILDREN; ~~GAITERS FOR MEN, WOMEN, AND CHILDREN;~~ ~~LEGGINGS FOR MEN, WOMEN, AND CHILDREN~~; OVERALLS FOR MEN, WOMEN, AND CHILDREN; SKIRTS FOR OUTER WEAR FOR WOMEN AND CHILDREN; ~~FUR COATS AND FUR JACKETS FOR MEN, WOMEN, AND CHILDREN;~~ CAPES FOR MEN, WOMEN, AND CHILDREN; HATS AND CAPS FOR MEN, WOMEN, AND CHILDREN; ~~HELMETS FOR MEN AND WOMEN;~~ BONNETS, HOODS, AND TOQUES FOR MEN, WOMEN, AND CHILDREN; NECKTIES FOR MEN, WOMEN, AND CHILDREN; STOCKINGS AND SOCKS FOR MEN, WOMEN, AND CHILDREN; BRACES AND SUSPENDERS FOR MEN, WOMEN, AND CHILDREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN; BOOTS OF RUBBER AND FABRIC OR COMBINATIONS OF THESE MATERIALS FOR MEN, WOMEN, AND CHILDREN; SHOES AND SLIPPERS OF LEATHER, RUBBER, AND FABRIC OR COMBINATIONS OF THESE MATERIALS FOR MEN, WOMEN, AND CHILDREN; ~~UNDERWEAR OF KNITTED AND TEXTILE FABRIC FOR MEN, WOMEN, AND CHILDREN;~~ GLOVES FOR MEN, WOMEN, AND CHILDREN, OF LEATHER AND FABRIC—in Class No. 39, Clothing.

The trade mark has been continuously used and applied to said goods in the business of said corporation and in the business of its predecessor from whom title was derived since the year 1910.

Said trade mark has been registered in Great Britain and Ireland on June 18, 1920, under Number 405,317. Richards & Geier, (Oscar A. Geier, sole member) of No. 274 Madison Avenue, city, county and State of New York, is designated as applicant's representative on whom process or notice of proceedings affecting the right to ownership of said trade mark brought under the laws of the United States, may be served.

The trade mark is applied or affixed to the goods by being printed, stamped or otherwise reproduced on labels or tags which are attached to the goods or the containers of the goods; by means of woven labels attached to the goods and showing the trade mark; and in other suitable ways.

BURBERRYS LIMITED,
By FREDERICK ALBERT ROLLER,
*Director.*

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**United States Patent and Trademark Office**

**Renewal**

**Reg. No. 510,077**
**Registered May 24, 1949**
**OG Date Oct. 24, 1989**

## TRADEMARK
## PRINCIPAL REGISTER

BURBERRY

BURBERRYS LIMITED (UNITED KINGDOM CORPORATION)
18/22 HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

OWNER OF GREAT BRITAIN REG. NO. 405315, DATED 6-18-1920.

OWNER OF U.S. REG. NOS. 259,571, 261,141 AND OTHERS.

SEC. 2(F).

FOR: CLOTHING—NAMELY, COATS AND TOPCOATS FOR MEN, WOMEN, AND CHILDREN; JACKETS FOR MEN, WOMEN, AND CHILDREN; BREECHES FOR MEN AND BOYS; SUITS FOR MEN AND BOYS; [RIDING HABITS FOR WOMEN AND GIRLS;] WAISTCOATS FOR MEN, WOMEN, AND CHILDREN; [GAITERS FOR MEN, WOMEN, AND CHILDREN; LEGGINGS FOR MEN, WOMEN, AND CHILDREN; OVERALLS FOR MEN, WOMEN, AND CHILDREN;] SKIRTS FOR OUTER WEAR FOR WOMEN AND CHILDREN; [FUR COATS AND FUR JACKETS FOR MEN, WOMEN, AND CHILDREN;] CAPES FOR MEN, WOMEN, AND CHILDREN; HATS AND CAPS FOR MEN, WOMEN, AND CHILDREN; HELMETS FOR MEN AND WOMEN; BONNETS, HOODS, AND TOQUES FOR MEN, WOMEN, AND CHILDREN; NECKTIES FOR MEN, WOMEN AND CHILDREN; STOCKINGS AND SOCKS FOR MEN, WOMEN, AND CHILDREN; BRACES AND SUSPENDERS FOR MEN, WOMEN, AND CHILDREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN; BOOTS FOR MEN, WOMEN, AND CHILDREN, OF LEATHER AND RUBBER OR COMBINATIONS OF THESE MATERIALS; SHOES AND SLIPPERS FOR MEN, WOMEN, AND CHILDREN; OF LEATHER, RUBBER, AND FABRIC OR COMBINATIONS OF THESE MATERIALS; [UNDERWEAR OF KNITTED AND TEXTILE FABRIC FOR MEN, WOMEN, AND CHILDREN;] GLOVES FOR MEN, WOMEN, AND CHILDREN OF LEATHER AND FABRIC, IN CLASS 39 (INT. CL. 25).

FIRST USE 0-0-1903; IN COMMERCE 0-0-1903.

SER. NO. 539,645, FILED 10-31-1947.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 24, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Registered May 24, 1949** **Registration No. 510,077**

## PRINCIPAL REGISTER
## Trade-Mark
### Section 2 (f)

# UNITED STATES PATENT OFFICE

**Burberrys Limited, London, England**

**Act of 1946**

**Application October 31, 1947, Serial No. 539,645**

BURBERRY

**(Statement)**

Burberrys Limited, a corporation organized and existing under the laws of Great Britain and Ireland, located and doing business at Nos. 15–17 Golden Square, in the city of London, England, has adopted and is using the trade-mark shown in the accompanying drawing, for CLOTHING—NAMELY, COATS AND TOPCOATS FOR MEN, WOMEN, AND CHILDREN; JACKETS FOR MEN, WOMEN, AND CHILDREN; BREECHES FOR MEN AND BOYS; SUITS FOR MEN AND BOYS; RIDING HABITS FOR WOMEN AND GIRLS; WAISTCOATS FOR MEN, WOMEN, AND CHILDREN; GAITERS FOR MEN, WOMEN, AND CHILDREN; LEGGINGS FOR MEN, WOMEN, AND CHILDREN; OVERALLS FOR MEN, WOMEN, AND CHILDREN; SKIRTS FOR OUTER WEAR FOR WOMEN AND CHILDREN; FUR COATS AND FUR JACKETS FOR MEN, WOMEN, AND CHILDREN; CAPES FOR MEN, WOMEN, AND CHILDREN; HATS AND CAPS FOR MEN, WOMEN, AND CHILDREN; HELMETS FOR MEN AND WOMEN; BONNETS, HOODS, AND TOQUES FOR MEN, WOMEN, AND CHILDREN; NECKTIES FOR MEN, WOMEN, AND CHILDREN; STOCKINGS AND SOCKS FOR MEN, WOMEN, AND CHILDREN; BRACES AND SUSPENDERS FOR MEN, WOMEN, AND CHILDREN; BELTS FOR OUTER WEAR FOR MEN, WOMEN, AND CHILDREN; BOOTS FOR MEN, WOMEN, AND CHILDREN, OF LEATHER AND RUBBER OR COMBINATIONS OF THESE MATERIALS; SHOES AND SLIPPERS FOR MEN, WOMEN, AND CHILDREN; OF LEATHER, RUBBER, AND FABRIC OR COMBINATIONS OF THESE MATERIALS; UNDERWEAR OF KNITTED AND TEXTILE FABRIC FOR MEN, WOMEN, AND CHILDREN; GLOVES FOR MEN, WOMEN, AND CHILDREN OF LEATHER AND FABRIC—in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to labels affixed to the goods; and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with section 2(f) of the act of July 5, 1946.

The trade-mark was first used in the year 1903 or before by applicant's predecessor in business and first used in commerce among the several States which may lawfully be regulated by Congress in the year 1903 or before by applicant's predecessor in business.

Applicant is the owner of Registration No. 259,571, issued August 6, 1929; No. 260,843, issued August 27, 1929; No. 260,886, issued August 27, 1929; and No. 261,141, issued September 3, 1929.

Said trade-mark has been registered in Great Britain and Ireland on June 18, 1920, under Number 405,315.

Burberrys Limited, of No. 1416 East 38th Street, New York 16, New York, is designated as applicant's representative on whom notices and processes in proceedings affected by the mark may be served.

**(Declaration)**

Robert Alan Burberry, being duly sworn, deposes and says that he is a director of the corporation Burberrys Limited, the applicant named in the foregoing statement, that he believes that said corporation is the owner of the trade-mark, which is in use in commerce among the several States, that the trade-mark has become distinctive, as applied to the goods of said firm in commerce; that the claim of distinctiveness under the provisions of section 2(f) of the act is based on substantially exclusive and continuous use of the mark by applicant for the period of five years next preceding the filing of the application in commerce among the several States which may lawfully be regulated by Congress; that no other person, firm, corporation or association, to the best of his knowledge and belief, has the right to use such trade-mark in commerce which may lawfully be regulated by Congress either in the identical form thereof or in such near resemblance thereto as might be calculated to deceive, that the drawing and description truly represent the trade-mark sought to be registered, that the specimens show the trade-mark as actually used in connection with the goods, and that the facts set forth in the statement are true.

BURBERRYS LIMITED,
By ROBERT ALAN BURBERRY,
*Director.*

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**United States Patent and Trademark Office**

**Renewal**

**Reg. No. 863,179**
**Registered Jan. 7, 1969**
**OG Date June 13, 1989**

# TRADEMARK
# PRINCIPAL REGISTER

BURBERRYS LIMITED (GREAT BRITAIN COMPANY)
18/22 HAYMARKET
LONDON, ENGLAND SW 1

OWNER OF GREAT BRITAIN REG. NO. 901848, DATED 11-21-1966.

OWNER OF U.S. REG. NOS. 93,819, 756,953 AND OTHERS.

APPLICANT DISCLAIMS THE LETTER "B" APART FROM THE MARK AS SHOWN.

FOR: COATS, TOPCOATS, JACKETS, SUITS, BREECHES, TROUSERS, SLACKS, SHORTS, RIDING HABITS, WAISTCOATS, [GAITERS, LEGGINGS,] OVERALLS, SKIRTS, [FUR COATS, FUR JACKETS,] CAPES, HATS, CAPS, [HELMETS,] BONNETS, HOODS, [TOQUES,] BERETS, NECKTIES, STOCKINGS, SOCKS, BRACES, SUSPENDERS, GARTERS, BELTS, BOOTS, SHOES, SLIPPERS, SANDALS, [UNDERWEAR,] GLOVES, SHIRTS,COLLARS, PAJAMAS, [LINGERIE,] DRESSING GOWNS, CARDIGANS, SWEATERS, PULLOVERS, SCARVES, [CORSETRY, FOUNDATION GARMENTS, BRASSIERES,] BLOUSES, [SWIMWEAR,] BEACH ROBES, DRESSES, SKIWEAR, [FISHING WADERS,] AND HANDKERCHIEFS, IN CLASS 39 (INT. CL. 25).

SER. NO. 289,474, FILED 1-24-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 13, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**863,179**
**Registered Jan. 7, 1969**

## PRINCIPAL REGISTER
## Trademark

**Ser. No. 289,474, filed Jan. 24, 1968**

Burberrys Limited (British company)
18/22 Haymarket
London SW. 1, England

For: COATS, TOPCOATS, JACKETS, SUITS, BREECHES, TROUSERS, SLACKS, SHORTS, RIDING HABITS, WAISTCOATS, GAITERS, LEGGINGS, OVERALLS, SKIRTS, FUR COATS, FUR JACKETS, CAPES, HATS, CAPS, HELMETS, BONNETS, HOODS, TOQUES, BERETS, NECKTIES, STOCKINGS, SOCKS, BRACES, SUSPENDERS, GARTERS, BELTS, BOOTS, SHOES, SLIPPERS, SANDALS, UNDERWEAR, GLOVES, SHIRTS, COLLARS, PAJAMAS, LINGERIE, DRESSING GOWNS, CARDIGANS, SWEATERS, PULLOVERS, SCARVES, CORSETRY, FOUNDATION GARMENTS, BRASSIERES, BLOUSES, SWIMWEAR, BEACH ROBES, DRESSES, SKI-WEAR, FISHING WADERS, AND HANDKERCHIEFS, in CLASS 39 (INT. CL. 25).

Applicant disclaims the letter "B" apart from the mark as shown.

Owner of British Reg. No. 901,848, dated Nov. 21, 1966; and U.S. Reg. Nos. 93,819, 756,953, and others.

Int. Cl.: 18

U.S. Cls.: 3 and 41

Reg. No. 1,133,122

U.S. Patent and Trademark Office

Reg. Apr. 15, 1980

## TRADEMARK
Principal Register

# BURBERRYS

Burberrys Limited (British corporation)
18/22, Haymarket
London S.W.1. England

For: Handbags, Travelling Bags, Trunks, Leather Travelling Cases, Attache Cases, Dispatch Cases, Leather Briefcases, Purses, Pocket Wallets, Umbrellas, Parasols and Walking Sticks —in Class 18. (U.S. Cls. 3 and 41).

First use Mar. 1970; in commerce Mar. 1, 1972.

Owner of U.S. Reg. Nos. 756,953, 259,571 and others.

Ser. No. 162,578. Filed Mar. 17, 1978.

JEFFREY KAUFMAN, Examiner

Int. Cl.: 18

U.S. Cls.: 3 and 41

Reg. No. 1,133,122

U.S. Patent and Trademark Office

Reg. Apr. 15, 1980

## TRADEMARK
Principal Register

# BURBERRYS

Burberrys Limited (British corporation)
18/22, Haymarket
London S.W.1. England

For: Handbags, Travelling Bags, Trunks, Leather Travelling Cases, Attache Cases, Dispatch Cases, Leather Briefcases, Purses, Pocket Wallets, Umbrellas, Parasols and Walking Sticks —in Class 18. (U.S. Cls. 3 and 41).

First use Mar. 1970; in commerce Mar. 1, 1972.

Owner of U.S. Reg. Nos. 756,953, 259,571 and others.

Ser. No. 162,578. Filed Mar. 17, 1978.

JEFFREY KAUFMAN, Examiner

**Int. Cl.: 18**

**U.S. Cls.: 3 and 41**

**Reg. No. 1,133,122**

## U.S. Patent and Trademark Office

**Reg. Apr. 15, 1980**

## TRADEMARK
**Principal Register**

# BURBERRYS

Burberrys Limited (British corporation)
18/22, Haymarket
London S.W.1. England

For: Handbags, Travelling Bags, Trunks, Leather Travelling Cases, Attache Cases, Dispatch Cases, Leather Briefcases, Purses, Pocket Wallets, Umbrellas, Parasols and Walking Sticks —in Class 18. (U.S. Cls. 3 and 41).

First use Mar. 1970; in commerce Mar. 1, 1972.

Owner of U.S. Reg. Nos. 756,953, 259,571 and others.

Ser. No. 162,578. Filed Mar. 17, 1978.

JEFFREY KAUFMAN, Examiner

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,241,222**
**Registered Jun. 7, 1983**

# United States Patent and Trademark Office

## TRADEMARK
**Principal Register**



Burberrys Limited (United Kingdom corporation)
18/22 Haymarket
London, England SWIY 4DQ

For: COATS, TOP COATS, JACKETS, TROUSERS, SLACKS, WAISTCOATS, SKIRTS, CAPES, HATS, BONNETS, BERETS, SHIRTS, SCARVES, SHAWLS AND BLOUSES, in CLASS 25 (U.S. Cl. 39).

First use Mar. 1, 1923; in commerce Jul. 1, 1924.

The designated colors are a feature of the mark and the colors and shades of colors are light tan, dark tan, light brown, dark brown, black, white, very dark red, dark red, medium red, light red, dark grey, medium grey and light grey.

Sec. 2(f).

Ser. No. 170,890, filed May 18, 1978.

HENRY S. ZAK, Examining Attorney

**Int. Cl.: 9**

**Prior U.S. Cl.: 26**

**Reg. No. 1,607,316**

# United States Patent and Trademark Office

**Registered July 24, 1990**

## TRADEMARK
## PRINCIPAL REGISTER

## BURBERRYS

BURBERRYS LIMITED
18-22 HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

FOR: SPECTACLES, SUNGLASSES AND SUN GOGGLES, FITTED CASES, FRAMES AND LENSES, ALL FOR SUNGLASSES, SUN GOGGLES OR FOR SPECTACLES, IN CLASS 9 (U.S. CL. 26).

OWNER OF UNITED KINGDOM REG. NO. 1226721, DATED 9-19-1984, EXPIRES 9-19-1991.

OWNER OF U.S. REG. NOS. 1,133,122 AND 1,153,936.

SER. NO. 73-834,268, FILED 8-17-1989.

KATHERINE STOIDES, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cl.: 26**

**Reg. No. 1,622,186**

# United States Patent and Trademark Office

**Registered Nov. 13, 1990**

## TRADEMARK
## PRINCIPAL REGISTER

BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18–22, HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

FOR: SUNGLASSES, GOGGLES FOR PROTECTION AGAINST GLARE BY THE SUN; SPECTACLES; FRAMES AND LENSES, IN CLASS 9 (U.S. CL. 26).

OWNER OF UNITED KINGDOM REG. NO. 1263735, DATED 4-1-1986, EXPIRES 4-1-1993.

OWNER OF U.S. REG. NOS. 756,953, 1,473,413 AND OTHERS.

THE ENGLISH TRANSLATION OF THE WORD "PRORSUM" IN THE MARK IS "FORWARDS".

SER. NO. 73-827,768, FILED 7-24-1989.

KATHERINE STOIDES, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 27 and 28**

**Reg. No. 1,747,765**

# United States Patent and Trademark Office

**Registered Jan. 19, 1993**

## TRADEMARK
### PRINCIPAL REGISTER

## BURBERRYS

BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22, HAYMARKET
LONDON, SW1Y 4DQ, ENGLAND

FOR: WATCHES, CLOCKS AND PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, ESPECIALLY WRIST WATCHES AND STRAPS AND BRACELETS THEREFOR, AND CUFF LINKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1979; IN COMMERCE 0-0-1979.

OWNER OF U.S. REG. NOS. 260,843, 1,696,883, AND OTHERS.

SN 74-800,890, FILED 7-20-1990.

ANGELA M. MICHELI, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**Reg. No. 1,855,154**
**Registered Sep. 20, 1994**

# United States Patent and Trademark Office

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: WATCHES, CLOCKS, AND PARTS THEREFOR; STRAPS, BRACELETS FOR WRIST WATCHES; POCKET WATCHES; JEWELLERY; COSTUME JEWELLERY, TIE PINS, CUFF LINKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

OWNER OF U.S. REG. NO. 1,393,979.

THE DRAWING IS LINED FOR THE COLORS AND SHADES OF LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY.

SN 74-237,110, FILED 1-13-1992.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 27 and 28**

**United States Patent and Trademark Office**

**Corrected**

**Reg. No. 1,855,154**
**Registered Sep. 20, 1994**
**OG Date Sep. 26, 1995**

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY),
18–22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

OWNER OF U.S. REG. NO. 1,393,979.

THE DRAWING IS LINED FOR THE COLORS AND SHADES OF LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY.

FOR: WATCHES, CLOCKS, AND PARTS THEREFOR; STRAPS, BRACELETS FOR WRIST WATCHES; [POCKET WATCHES; JEWELRY; COSTUME JEWELRY, TIE PINS,] CUFF LINKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

SER. NO. 74-237,110, FILED 1-13-1992.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 26, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Int. Cl.: 14**

**Prior U.S. Cls.: 27 and 28**

**Reg. No. 1,855,154**
**Registered Sep. 20, 1994**
**OG Date Sep. 26, 1995**

**United States Patent and Trademark Office**

**Corrected**

# TRADEMARK
# PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY),
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

OWNER OF U.S. REG. NO. 1,393,979.

THE DRAWING IS LINED FOR THE COLORS AND SHADES OF LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY.

FOR: WATCHES, CLOCKS, AND PARTS THEREFOR; STRAPS, BRACELETS FOR WRIST WATCHES; [POCKET WATCHES; JEWELRY; COSTUME JEWELRY, TIE PINS,] CUFF LINKS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 0-0-1982; IN COMMERCE 0-0-1982.

SER. NO. 74-237,110, FILED 1-13-1992.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 26, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28, and 50**

**Reg. No. 1,903,508**

# United States Patent and Trademark Office

**Registered July 4, 1995**

## TRADEMARK
## PRINCIPAL REGISTER

BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22, HAYMARKET
LONDON, ENGLAND SW1Y 4DQ

FOR: WATCHES AND PARTS THEREFOR; STRAPS, BRACELETS FOR WRIST WATCHES; JEWELERY, COSTUME JEWELERY; TIE PINS AND CUFFS LINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1929; IN COMMERCE 0-0-1929.

OWNER OF U.S. REG. NOS. 756,953, 863,179, AND OTHERS.

THE MARK CONSISTS, IN PART, OF A DESIGN OF AN EQUESTRIAN KNIGHT HOLDING A SHIELD BEARING THE LETTER "B" AND A LANCE WITH A BANNER BEARING THE LETTER "B" AND THE WORD "PRORSUM".

THE ENGLISH TRANSLATION OF "PRORSUM" IS "FORWARDS".

SN 74-080,097, FILED 7-20-1990.

LALITHA MANI, EXAMINING ATTORNEY

**Int. Cls.: 18, 24, 25 and 28**

**Prior U.S. Cls.: 1, 2, 3, 22, 23, 38, 39, 41, 42 and 50**

**Reg. No. 2,022,789**

# United States Patent and Trademark Office

**Registered Dec. 17, 1996**

## TRADEMARK
## PRINCIPAL REGISTER



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SUITCASES, TRAVELING BAGS, HOLDALLS, SUIT AND GARMENT CARRIERS FOR TRAVEL, ATTACHE CASES, DOCUMENT CASES, BRIEFCASES, PURSES, DRAWSTRING POUCHES, WALLETS, BILLFOLDS, PASSPORT HOLDERS, KEY CASES, HANDBAGS, SHOULDER BAGS, CREDIT CARD CASES, BUSINESS CARD CASES, TOILET BAGS SOLD EMPTY, TOILET CASES SOLD EMPTY, SHAVING BAGS SOLD EMPTY, TIE CASES FOR TRAVEL, UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1974.

FOR: TRAVELING COMFORTER, NAMELY, FABRIC BLANKET-LIKE ARTICLES FOR KEEPING WARM, E.G., WHEN TRAVELING IN COLD CLIMATES, OR FOR USE AS A STADIUM BLANKET , IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 3-0-1976; IN COMMERCE 0-0-1976.

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, SCARVES, PULLOVERS, CARDIGANS, SWEATERS, OVERCOATS, RAINCOATS, SHIRTS, BELTS; SLIPPERS FOR MEN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1923; IN COMMERCE 7-1-1924.

FOR: GOLF BAGS, GOLF CLUB COVERS, GOLF BALL HOLDERS, CASES CONTAINING GOLF BALLS, GOLF TEES AND GOLF MARKERS, CASES FOR HOLDING SCORE CARDS, PENS AND PENCILS FOR USE IN GOLF , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.

THE FOLLOWING COLORS AND SHADES OF COLORS ARE CLAIMED AS FEATURES OF THE MARK; LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY. THE COLOR LINING SYMBOLS FOR RED, BROWN AND GRAY ARE SHOWN IN THE DRAWING.

THE MARK CONSISTS OF A RED, BROWN, GRAY, BLACK, AND WHITE PLAID PATTERN APPLIED UNIFORMLY OVER THE GOODS OR SIGNIFICANT PARTS THEREOF. THE BROKEN LINES IN THE DRAWING ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 74-532,896, FILED 6-3-1994.

ANDREW LAWRENCE, EXAMINING ATTORNEY

**Int. Cls.: 18, 24, 25 and 28**

**Prior U.S. Cls.: 1, 2, 3, 22, 23, 38, 39, 41, 42 and 50**

**Reg. No. 2,022,789**

## United States Patent and Trademark Office

**Registered Dec. 17, 1996**

**TRADEMARK**
**PRINCIPAL REGISTER**



BURBERRYS LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
18–22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SUITCASES, TRAVELING BAGS, HOLDALLS, SUIT AND GARMENT CARRIERS FOR TRAVEL, ATTACHE CASES, DOCUMENT CASES, BRIEFCASES, PURSES, DRAWSTRING POUCHES, WALLETS, BILLFOLDS, PASSPORT HOLDERS, KEY CASES, HANDBAGS, SHOULDER BAGS, CREDIT CARD CASES, BUSINESS CARD CASES, TOILET BAGS SOLD EMPTY, TOILET CASES SOLD EMPTY, SHAVING BAGS SOLD EMPTY, TIE CASES FOR TRAVEL, UMBRELLAS AND PARASOLS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0–0–1969; IN COMMERCE 0–0–1974.

FOR: TRAVELING COMFORTER, NAMELY, FABRIC BLANKET-LIKE ARTICLES FOR KEEPING WARM, E.G., WHEN TRAVELING IN COLD CLIMATES, OR FOR USE AS A STADIUM BLANKET , IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 3–0–1976; IN COMMERCE 0–0–1976.

FOR: CLOTHING FOR MEN AND WOMEN, NAMELY, SCARVES, PULLOVERS, CARDIGANS, SWEATERS, OVERCOATS, RAINCOATS, SHIRTS, BELTS; SLIPPERS FOR MEN, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3–1–1923; IN COMMERCE 7–1–1924.

Case: 1:15-cv-06046 Document #: 1-1 Filed: 07/09/15 Page 24 of 45 PageID #:62



FOR: GOLF BAGS, GOLF CLUB COVERS, GOLF BALL HOLDERS, CASES CONTAINING GOLF BALLS, GOLF TEES AND GOLF MARKERS, CASES FOR HOLDING SCORE CARDS, PENS AND PENCILS FOR USE IN GOLF , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

OWNER OF U.S. REG. NOS. 1,241,222 AND 1,855,154.

THE FOLLOWING COLORS AND SHADES OF COLORS ARE CLAIMED AS FEATURES OF THE MARK; LIGHT TAN, DARK TAN, LIGHT BROWN, DARK BROWN, BLACK, WHITE, VERY DARK RED, DARK RED, MEDIUM RED, LIGHT RED, DARK GRAY, MEDIUM GRAY AND LIGHT GRAY. THE COLOR LINING SYMBOLS FOR RED, BROWN AND GRAY ARE SHOWN IN THE DRAWING.

THE MARK CONSISTS OF A RED, BROWN, GRAY, BLACK, AND WHITE PLAID PATTERN APPLIED UNIFORMLY OVER THE GOODS OR SIGNIFICANT PARTS THEREOF. THE BROKEN LINES IN THE DRAWING ARE NOT A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 74-532,896, FILED 6-3-1994.

ANDREW LAWRENCE, EXAMINING ATTORNEY

**Int. Cls.: 3 and 18**

**Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 41, 50, 51 and 52**

**Reg. No. 2,512,119**

**United States Patent and Trademark Office** **Registered Nov. 27, 2001**

# TRADEMARK
## PRINCIPAL REGISTER

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: NON-MEDICATED TOILET PREPARATIONS, NAMELY, PERFUMES, EAU DE COLOGNE, AND TOILET WATER, ESSENTIAL OILS FOR PERSONAL USE, COSMETIC PREPARATIONS FOR THE TEETH AND FOR THE HAIR, NAMELY, TOOTHPASTES, SHAMPOOS, CONDITIONERS, HAIR SPRAYS, HAIR GELS, SOAPS FOR THE BODY, SHOWER GELS AND BATH GELS AND BATH FOAMS; ANTIPERSPIRANTS AND DEODORANTS; SHAVING PREPARATIONS AND POT POURRI, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS, OVERNIGHT BAGS, SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETIC BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; CASES FOR PERSONAL ORGANIZERS AND FOR MOBILE TELEPHONES; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

PRIORITY CLAIMED UNDER SEC. 44(D) ON UNITED KINGDOM APPLICATION NO. 2225878, FILED 3-15-2000, REG. NO. 2225878, DATED 3-15-2000, EXPIRES 3-15-2010.

OWNER OF U.S. REG. NOS. 93,819, 1,903,508 AND OTHERS.

SER. NO. 76-069,307, FILED 6-13-2000.

G. MAYERSCHOFF, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,610,329**

**United States Patent and Trademark Office** **Registered Aug. 20, 2002**

# TRADEMARK
## PRINCIPAL REGISTER

# PRORSUM

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: CLOTHING, NAMELY, FOOTWEAR, RAINCOATS, BLOUSONS, CASUAL COATS, POLO SHIRTS, BLOUSES, DRESSES, SKIRTS, JACKETS, TROUSERS, SUITS, SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-1-1999; IN COMMERCE 4-1-1999.

OWNER OF U.S. REG. NOS. 93,819, 1,622,186, AND OTHERS.

SN 75-982,209, FILED 7-23-1999.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,612,272**

**United States Patent and Trademark Office** **Registered Aug. 27, 2002**

## SERVICE MARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, SHOES, LUGGAGE, LEATHER GOODS AND FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1995; IN COMMERCE 4-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND DOES NOT INDICATE COLOR.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART IN THE SALE AND ADVERTISING OF THE SERVICES. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 76-255,090, FILED 5-10-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

**Int. Cl.: 35**

**Prior U.S. Cls.: 100, 101 and 102**

**Reg. No. 2,624,684**

**United States Patent and Trademark Office**

**Registered Sep. 24, 2002**

## SERVICE MARK
### PRINCIPAL REGISTER

# BURBERRY

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
10 ST. ALBANS STREET
LONDON SW1Y 4DO, UNITED KINGDOM

FOR: RETAIL STORE SERVICES FEATURING CLOTHING, WATCHES, SUNGLASSES, ACCESSORIES, SHOES, LUGGAGE, LEATHER GOODS AND FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1891; IN COMMERCE 0-0-1978.

OWNER OF U.S. REG. NOS. 259,571, 1,828,277 AND OTHERS.

SER. NO. 76-329,199, FILED 10-24-2001.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

**Int. Cl.: 18**

**Prior U.S. Cls.: 1, 2, 3, 22, and 41**

**Reg. No. 2,654,697**

## United States Patent and Trademark Office

**Registered Nov. 26, 2002**

**TRADEMARK**
**PRINCIPAL REGISTER**

# PRORSUM

BURBERRY, LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS, OVERNIGHT BAGS, SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETIC BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; CASES FOR PERSONAL ORGANIZERS AND FOR MOBILE TELEPHONES; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-1-1999; IN COMMERCE 4-1-1999.

OWNER OF U.S. REG. NOS. 93,819, 1,622,186, AND OTHERS.

SN 75-759,366, FILED 7-23-1999.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

**Int. Cl.: 24**

**Prior U.S. Cls.: 42 and 50**

**Reg. No. 2,728,709**

**United States Patent and Trademark Office** **Registered June 24, 2003**

**TRADEMARK**
**PRINCIPAL REGISTER**



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON, SW1Y 4DQ, GB, UNITED KINGDOM

FOR: FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, UNDERCLOTHES, SWIMWEAR, HEADWEAR, FOOTWEAR, HOSIERY, SOCKS; AND BELTS; FABRICS FOR USE IN THE MANUFACTURE OF LINENS, BED COVERS, TABLE COVERS, FURNITURE COVERS, AND WINDOW AND WALL COVERS; FABRICS FOR USE IN THE MANUFACTURE OF COSMETICS CASES AND BAGS, TOILETRY CASES AND BAGS, AND SHAVING CASES AND BAGS; FABRICS FOR USE IN THE MANUFACTURE OF PURSES, POUCHES, BAGS, LUGGAGE, CARRIERS, TRAVEL BAGS, AND SUIT AND GARMENT BAGS; FABRICS FOR USE IN THE MANUFACTURE OF CASES AND HOLDERS FOR MONEY, DOCUMENTS, KEYS, GLASSES, GOGGLES, WATCHES, JEWELRY AND TIES; FABRICS FOR USE IN THE MANUFACTURE OF UMBRELLAS AND PARASOLS AND CASES THEREOF; FABRICS FOR USE IN THE MANUFACTURE OF STRAPS AND BRACELETS FOR WATCHES, AND STRAPS FOR SHOES AND BAGS; FABRICS FOR USE IN THE MANUFACTURE OF LINING FOR ALL THE FOREGOING GOODS; FABRICS FOR USE IN THE MANUFACTURE OF PET AND ANIMAL CARRIERS, PET AND ANIMAL CLOTHING, PET AND ANIMAL HEADWEAR, PET AND ANIMAL COLLARS AND LEASHES, AND LINING FOR ALL THE FOREGOING GOODS; BED BLANKETS AND LINENS; TABLE CLOTHS NOT OF PAPER; TABLE LINENS; COMFORTERS AND BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-1924; IN COMMERCE 0-0-1929.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789 AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

THE MARK CONSISTS OF A DESIGN APPLIED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 76-351,946, FILED 12-21-2001.

G. MAYERSCHOFF, EXAMINING ATTORNEY

Int. Cls.: 3, 18, and 25

Prior U.S. Cls.: 1, 2, 3, 4, 6, 22, 39, 41, 50, 51, and 52

Reg. No. 2,732,617

United States Patent and Trademark Office

Registered July 1, 2003

# TRADEMARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: PERFUMES, EAU DE TOILETTES, EAU DE PARFUMS; BODY LOTION, SOAPS; PERSONAL DEODORANTS; AFTERSHAVE; SHAMPOO FOR THE HAIR AND FOR THE BODY; SHOWER GELS; BATH GELS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 0-0-1995; IN COMMERCE 0-0-1995.

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS; DUFFEL AND GYM BAGS; OVERNIGHT BAGS; SCHOOL BOOK BAGS, SHOULDER BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HAND BAGS, LEATHER BAGS FOR COMPUTERS AND CAMERAS; WALLETS AND PURSES; TOILETRY BAGS SOLD EMPTY AND COSMETICS BAGS SOLD EMPTY; BRIEF CASES, SATCHELS AND PORTFOLIOS; PARASOLS, UMBRELLAS, WALKING STICKS; LEATHER KEY FOBS, LEATHER KEY HOLDERS, AND DOG COATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1974.

FOR: ARTICLES OF OUTERCLOTHING, NAMELY, COATS, OVERCOATS, TRENCH COATS, CASUAL COATS, RAINCOATS, JACKETS AND BLOUSONS, POLOSHIRTS, BLOUSES, DRESSES, PYJAMAS, KNITWEAR NAMELY, JUMPERS, SWEATERS, GILETS, KNITTED SHIRTS, KNITTED SKIRTS AND KNITTED SCARVES; AND SHORTS, TROUSERS, SUITS, SKIRTS, UNDERCLOTHES, HOSIERY, HEADWEAR, FOOTWEAR, SPORTS CLOTHING NAMELY, SPORTS TROUSERS, SPORTS SHORTS, SPORTS SHIRTS, SPORTS JACKETS, SPORTS FOOTWEAR; TRACKSUITS, GARMENTS THAT CAN BE ATTACHED TO OR DETACHED FROM COATS, RAINCOATS, TRENCH COATS, OR CASUAL COATS FOR ADDITIONAL WARMTH; TIES, BELTS, WRAPS, SERAPES, SCARVES, SHAWLS AND STOLES, GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-1-1923; IN COMMERCE 7-1-1924.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE LINING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR. THE COLORS BLACK AND WHITE ARE NOT CLAIMED AS PART OF THE MARK.

THE MARK CONSISTS OF A DESIGN USED IN WHOLE AND IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE DRAWING SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 2,845,852**

**United States Patent and Trademark Office**

**Registered May 25, 2004**

## TRADEMARK
### PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: SUNGLASSES, SPECTACLES, OPTICAL GLASSES; FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; CARRYING CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

OWNER OF U.S. REG. NOS. 1,241,222, 2,022,789, AND OTHERS.

THE MARK IS LINED FOR THE COLORS TAN, BLACK, GRAY, WHITE AND RED. THE VERTICAL LINES ARE FOR THE COLOR RED. THE DIAGONAL LINES ARE FOR THE COLOR TAN AND THE HORIZONTAL DASHED LINES ARE FOR THE COLOR GRAY.

THE MARK CONSISTS OF A PATTERN APPLIED IN WHOLE OR IN PART ON OR IN CONNECTION WITH THE GOODS. THE BROKEN LINES IN THE PERIMETER SIGNIFY THAT THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SN 76-424,106, FILED 6-20-2002.

G. MAYERSCHOFF, EXAMINING ATTORNEY

**Int. Cls.: 9 and 14**

**Prior U.S. Cls.: 2, 21, 23, 26, 27, 28, 36, 38, and 50**

**Reg. No. 2,875,336**

**United States Patent and Trademark Office** **Registered Aug. 17, 2004**

**TRADEMARK**
**PRINCIPAL REGISTER**

# BURBERRY

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, ENGLAND

FOR: SUNGLASSES, COMBINED SUNGLASSES AND GOGGLES, GOGGLES, SPECTACLES, OPTICAL GLASSES, FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

FOR: WATCHES, CLOCKS AND PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, WRIST WATCHES AND STRAPS AND BRACELETS THEREFOR AND POCKET WATCHES, JEWELRY, IMITATION JEWELLERY, TIE-PINS AND CUFF LINKS; AND JEWELRY BOXES, SNUFF BOXES, HAT AND SHOE ORNAMENTS ALL MADE OF PRECIOUS METAL OR COATED THEREWITH, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1997.

OWNER OF U.S. REG. NOS. 259,571, 1,828,277, AND OTHERS.

SN 76-415,046, FILED 5-30-2002.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

**Int. Cls.: 9 and 14**

**Prior U.S. Cls.: 2, 21, 23, 26, 27, 28, 36, 38, and 50**

**Reg. No. 2,952,399**

**United States Patent and Trademark Office** **Registered May 17, 2005**

## TRADEMARK
### PRINCIPAL REGISTER

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)

18-22 HAYMARKET

LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: SUNGLASSES, COMBINED SUNGLASSES AND GOGGLES, GOGGLES, SPECTACLES, OPTICAL GLASSES, FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS; CASES AND HOLDERS FOR THE AFORESAID GOODS; PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; COMPUTER CARRYING CASES AND SPECIALTY HOLSTERS AND CASES FOR CARRYING MOBILE TELEPHONES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 1-0-1995.

FOR: WATCHES, CLOCKS AND PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS, WRIST WATCHES AND STRAPS AND BRACELETS THEREFOR AND POCKET WATCHES, JEWELRY, IMITATION JEWELRY, TIE-PINS AND CUFF LINKS; AND JEWELRY BOXES, SNUFF BOXES, HAT AND SHOE ORNAMENTS, ALL MADE OF PRECIOUS METAL OR COATED THEREWITH, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1994; IN COMMERCE 1-0-1995.

OWNER OF U.S. REG. NOS. 93,819, 2,654,697, AND OTHERS.

SN 76-444,133, FILED 8-22-2002.

DOUGLAS LEE, EXAMINING ATTORNEY

**Int. Cls.: 3, 4, 9, 14, 16, 18, 20, 21, 24, 25, and 28**

**Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 13, 15, 21, 22, 23, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, 38, 39, 40, 41, 42, 50, 51, and 52**

**Reg. No. 3,202,484**

**United States Patent and Trademark Office** **Registered Jan. 23, 2007**

**TRADEMARK**
**PRINCIPAL REGISTER**

# BURBERRY LONDON

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: NON-MEDICATED TOILET PREPARATIONS, NAMELY PERFUMES, EAU DE COLOGNE AND TOILET WATER, SHAMPOOS, SOAPS FOR THE BODY, SHOWER GELS AND BATH GELS; ANTI-PERSPIRANTS AND DEODORANTS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 3-0-1995; IN COMMERCE 12-0-1996.

FOR: CANDLES, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 1-0-2002; IN COMMERCE 10-0-2002.

FOR: CASES AND HOLDERS FOR PORTABLE COMPUTERS AND MOBILE TELEPHONES; BAGS FOR COMPUTERS AND CAMERAS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-0-2002; IN COMMERCE 1-0-2002.

FOR: CLOCKS, JEWELRY, TIE-PINS AND CUFF LINKS; ARTICLES MADE OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, BOXES AND CASES FOR CIGARS, CIGARETTES, TISSUES, CANDY, JEWELRY, MONEY, PILLS, TRINKETS AND WATCHES, CANDLE STICKS AND HOLDERS, ICE TONGS, KEY RINGS, TRAYS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: WRITING PAPER, PAPER ARTICLES, NAMELY ENVELOPES, GIFT TAGS, WRAPPING AND PACKAGING MATERIALS, NAMELY GIFT PAPER, GIFT BAGS; PRINTED MATTER, NAMELY CATALOGUES FEATURING CLOTHING, HANDBAGS AND OTHER LUXURY ITEMS; ADDRESS BOOKS; STATIONERY, PENCILS, GREETING CARDS, NOTE BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: ARTICLES OF LUGGAGE, NAMELY, SUITCASES, ATHLETIC AND SPORT BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS, OVERNIGHT BAGS, SCHOOL BOOK BAGS, TOTE BAGS, GARMENT BAGS FOR TRAVEL, CARRYALL BAGS, TRAVELING BAGS, HOLDALLS, HANDBAGS, AND SHOULDER BAGS; WALLETS; PURSES; TOILETRIES AND COSMETIC BAGS SOLD EMPTY, BRIEFCASES, SATCHELS AND BRIEFCASE-TYPE PORTFOLIOS, CASES FOR PERSONAL ORGANIZERS AND DIARIES, PARASOLS, UMBRELLAS, WALKING STICKS; DOG COATS, COLLARS AND LEADS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: PICTURE FRAMES; NON-METAL BOXES, NAMELY, GLASS, CRYSTAL, AND EARTHENWARE BOXES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: GLASSWARE AND CRYSTAL WARE AND EARTHENWARE PRODUCTS, NAMELY, BOWLS, CANDLE HOLDERS NOT OF PRECIOUS METAL, CROCKERY AND TABLEWARE, NAMELY, PLATES, BOWLS, CUPS, MUGS, TEA POTS, JUGS, AND SAUCERS, DRINKING VESSELS, STEMWARE, NAMELY, WINE GLASSES, FLUTES, BRANDY GLASSES, AND LIQUEUR GLASSES, VASES, TEA SETS AND TEA POTS NOT OF PRECIOUS METAL, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: TABLE COVERS, NAMELY, TABLE LINENS AND TABLE CLOTHS NOT OF PAPER; PILLOW CASES, COMFORTERS AND BED BLANKETS; CLOTHING LABELS OF TEXTILE, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 10-0-2002; IN COMMERCE 10-0-2002.

FOR: ARTICLES OF OUTERCLOTHING, NAMELY, COATS, OVERCOATS, TRENCH COATS, CASUAL COATS, RAINCOATS, JACKETS AND BLOUSONS, SHIRTS, POLO SHIRTS, BLOUSES, DRESSES, PAJAMAS, INTIMATE APPAREL, NAMELY, LINGERIE; SLEEPWEAR AND LOUNGEWEAR; KNITWEAR, NAMELY, JUMPERS AND SWEATERS, GILETS, KNITTED SHIRTS, KNITTED SKIRTS AND KNITTED SCARVES; SHORTS, TROUSERS, SUITS, SKIRTS, UNDERCLOTHES, HOSIERY, HEADWEAR, FOOTWEAR, SPORTS CLOTHING, NAMELY, SPORTS TROUSERS, SPORTS SHORTS, SPORTS SHIRTS, AND SPORTS JACKETS; SPORTS FOOTWEAR; TRACKSUITS, READY-MADE LININGS SOLD AS COMPONENT PARTS OF COATS, RAINCOATS, TRENCH COATS AND CASUAL COATS; TIES, BELTS AND WRAPS AS CLOTHING, SERAPES, SCARVES, SHAWLS AND STOLES, GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-0-1999; IN COMMERCE 1-0-1999.

FOR: DECORATIONS FOR CHRISTMAS TREES; TOYS, NAMELY, BABIES RATTLES, PLAYING CARDS AND BOARD GAMES; TEDDY BEARS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-0-2000; IN COMMERCE 10-0-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 259,571, 2,875,336, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LONDON", APART FROM THE MARK AS SHOWN.

SN 76-564,751, FILED 12-11-2003.

ALEX KEAM, EXAMINING ATTORNEY

**Int. Cls.: 18, 20, 21, 24, 25, 28 and 35**

**Prior U.S. Cls.: 1, 2, 3, 13, 22, 23, 25, 29, 30, 32, 33, 38, 39, 40, 41, 42, 50, 100, 101 and 102**

**Reg. No. 3,529,814**

**United States Patent and Trademark Office** **Registered Nov. 11, 2008**

# TRADEMARK
# SERVICE MARK
## PRINCIPAL REGISTER



BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
18-22 HAYMARKET
LONDON SW1Y 4DQ, UNITED KINGDOM

FOR: CLOTHING FOR PETS, LEASHES AND COLLARS FOR PETS, PET CARRIERS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: PICTURE FRAMES, PET BEDS AND CUSHIONS; CUSHIONS, PICNIC BASKETS, HAMPERS, DECK CHAIRS AND FOLDING CHAIRS, DOOR STOPS OF PLASTIC, HANGERS FOR CLOTHES, NON-METAL KEY FOBS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: GLASS, CRYSTAL, PORCELAIN AND EARTHENWARE PRODUCTS, NAMELY, BOWLS, NON-METAL CANDLE HOLDERS, VASES, CROCKERY, NAMELY, BUTTER DISHES, GRAVY BOATS, MILK JUGS, PITCHERS, SERVING PLATTERS, AND SUGAR BOWLS, DINNERWARE, PLATES, BOWLS, CUPS, MUGS, TEAPOTS, COFFEE POTS, TEA SETS, JUGS, SAUCERS, GLASSES AND STEMWARE, CAKE STANDS, CARAFES, WINE BUCKETS, ICE BUCKETS, EGG CUPS, SALT AND PEPPER SHAKERS; GOODS OF PRECIOUS METALS, NAMELY, VASES, TEA SERVICES, SALT AND PEPPER SHAKERS, NAPKIN RINGS, CANDLE HOLDERS, SERVING TRAYS, BOWLS; FLASKS, PET BOWLS, COASTERS, POWDER COMPACTS SOLD EMPTY; NON-METAL BOXES OF GLASS, CRYSTAL OR EARTHENWARE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: BED LINEN, BATH LINEN, TABLE LINEN, BLANKETS, THROWS, PICNIC BLANKETS, BEACH TOWELS, GOLF TOWELS, CURTAINS, FURNITURE COVERINGS, CUSHION COVERS, HANDKERCHIEFS, PET BLANKETS, TEXTILE USED AS LININGS FOR CLOTHING AND ACCESSORIES, LABELS OF TEXTILE; FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, FOOTWEAR, HEADWEAR, HOSIERY, BELTS, BAGS, CASES, HOLDERS AND KEY RINGS, UMBRELLAS, WATCHES, JEWELRY, ANIMAL CLOTHING, COLLARS, LEASHES, BED LINENS, TABLE LINENS, BATH LINENS, TOWELS, BLANKETS, THROWS , IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: COATS, DETACHABLE COAT LININGS, RAINWEAR, PONCHOS, JACKETS, GILETS, JERSEYS, JUMPERS, SWEATERS, BLOUSES, SHIRTS, POLO SHIRTS, T-SHIRTS, SINGLETS, VESTS, TANK TOPS, WAISTCOATS, SUITS, DRESSES, SKIRTS, APRONS, TROUSERS, JEANS, SHORTS, SKI WEAR, SPORTS JACKETS, SPORTS JERSEYS, SPORTS SHIRTS, SPORTS TROUSERS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, TRACKSUITS, TENNIS WEAR, WATERPROOF CLOTHING, NAMELY, COATS, JACKETS, AND TROUSERS, BIKINIS, SARONGS, SWIMWEAR, BATHROBES, BOXER SHORTS, LINGERIE, LOUNGEWEAR, NIGHTWEAR, UNDERGARMENTS, TIES, CRAVATS, FOOTWEAR, SHOES, BOOTS, ATHLETIC FOOTWEAR, SLIPPERS, BALLET SLIPPERS, HOSIERY, SOCKS, LEGGINGS, CAPS, BANDANAS, HATS, HEAD SCARVES, KNITTED HATS, VISORS, BELTS, GLOVES, MUFFLERS, SCARVES, SHAWLS,

STOLES, PASHMINAS, CHILDREN'S AND INFANT'S CLOTHING, NAMELY, COATS, JACKETS, PONCHOS, JERSEYS, SWEATERS, BLOUSES, SHIRTS, T-SHIRTS, SINGLETS, VESTS, TANK TOPS, WAISTCOATS, SUITS, DRESSES, SKIRTS, TROUSERS, JEANS, SHORTS, CHILDREN'S HEADWEAR, CHILDREN'S SWIMWEAR, CHILDREN'S NIGHTWEAR, TIGHTS, CHILDREN'S UNDER GARMENTS, AND ONE-PIECE CLOTHING, HEADWEAR, FOOTWEAR; CLOTH BIBS, TEXTILE NAPPIES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TEDDY BEARS, CLOTHING FOR TOYS, CHRISTMAS TREE ORNAMENTS AND DECORATIONS EXCEPT CONFECTIONERY OR ILLUMINATION ARTICLES, BABY RATTLES, PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: RETAIL STORE SERVICES IN THE FIELDS OF CLOTHING, ACCESSORIES, FOOTWEAR, HEADGEAR, LUGGAGE, LEATHER GOODS, TIMEPIECES, JEWELRY, EYEWEAR AND FRAGRANCES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

OWNER OF ERPN CMNTY TM OFC REG. NO. 1591601, DATED 2-15-2002, EXPIRES 3-27-2010.

OWNER OF ERPN CMNTY TM OFC REG. NO. 3940442, DATED 9-27-2005, EXPIRES 7-19-2014.

OWNER OF U.S. REG. NOS. 2,015,462, 2,845,852 AND OTHERS.

THE COLOR(S) TAN, BLACK, WHITE, RED AND SHADES THEREOF IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A TAN BACKGROUND, LIGHT TAN VERTICAL AND HORIZONTAL LINES, BLACK VERTICAL AND HORIZONTAL LINES, WHITE SQUARES, AND RED VERTICAL AND HORIZONTAL LINES, FORMING A PLAID PATTERN. THE MARK ALSO CONSISTS OF A REPEATING CHECK DESIGN APPLIED IN WHOLE OR IN PART ON OR IN CONNECTION WITH THE GOODS OR SERVICES. THE MARK IS NOT LIMITED TO POSITION OR PLACEMENT.

SEC. 2(F).

SER. NO. 77-209,954, FILED 6-19-2007.

BRIAN NEVILLE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office




**Reg. No. 3,766,097**
Registered Mar. 30, 2010

**Int. Cl.: 24**

TRADEMARK
PRINCIPAL REGISTER

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
HORSEFERRY HOUSE, HORSEFERRY ROAD
LONDON SW1P 2AW, UNITED KINGDOM

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, UPHOLSTERY FABRICS, HOUSEHOLD LINEN, BED LINEN, BATH LINEN, TABLE LINEN, QUILTS, BED BLANKETS, BLANKET THROWS, BLANKETS FOR OUTDOOR USE, CHILDREN'S BLANKETS, LAP BLANKETS, PET BLANKETS, DUVETS, EIDERDOWNS, BEACH TOWELS, PICNIC BLANKETS FOR OUTDOOR USE, HANDKERCHIEFS, TEXTILE LABELS, PLASTIC FURNITURE COVERINGS, UNFITTED FABRIC FURNITURE COVERS, CURTAINS, TEXTILE WALL HANGINGS, FABRICS FOR TEXTILE USE AND TEXTILE USED AS LINING FOR CLOTHING, CUSHION COVERS, IN CLASS 24 (U.S. CLS. 42 AND 50).

OWNER OF ERPN CMNTY TM OFC REG. NO. 000377762, DATED 10-7-1998, EXPIRES 10-8-2016.

OWNER OF U.S. REG. NO. 863,179.

THE MARK CONSISTS OF , IN PART, A DESIGN OF AN EQUESTRIAN KNIGHT HOLDING A SHIELD BEARING THE LETTER "B" AND A LANCE WITH A BANNER BEARING THE LETTER "B" AND THE WORD "PRORSUM".

SER. NO. 77-662,460, FILED 2-3-2009.

WARREN L. OLANDRIA, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BURBERRY

**Reg. No. 3,879,249**

**Registered Nov. 23, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

BURBERRY LIMITED (UNITED KINGDOM REGISTERED COMPANY)
HORSEFERRY HOUSE,
HORSEFERRY ROAD; LONDON SW1P 2AW
UNITED KINGDOM

FOR: ARTICLES OF OUTER CLOTHING, NAMELY, COATS, JACKETS, RAINWEAR, PONCHOS, GILETS, DETACHABLE COAT LININGS, RAINCOATS; BLOUSONS; CASUAL COATS; POLO SHIRTS; BLOUSES; DRESSES; PYJAMAS; KNITWEAR, NAMELY, JERSEYS, JUMPERS, CARDIGANS, SWEATERS, KNITTED LEGGINGS; SHORTS; TROUSERS; SUITS; SKIRTS; JACKETS; ARTICLES OF UNDERCLOTHING, NAMELY, BOXER SHORTS, LINGERIE, LOUNGEWEAR, NIGHTWEAR, UNDERWEAR, UNDERGARMENTS; HOSIERY; HEADWEAR; FOOTWEAR; SPORTS CLOTHING, NAMELY, SKI WEAR, SPORTS JACKETS, SPORTS JERSEYS, SPORTS SHIRTS, SPORTS TROUSERS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, TRACKSUITS, TENNIS WEAR, SWIMWEAR; SPORTS FOOTWEAR; TRACKSUITS; READY-MADE LININGS, NAMELY, FINISHED TEXTILE LININGS FOR GARMENTS; TIES; CLOTHING BELTS; WRAPS; SERAPES; SCARVES; SHAWLS AND STOLES; GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0733385 DATED 4-25-2000, EXPIRES 4-25-2020.

OWNER OF U.S. REG. NOS. 260,843, 2,624,684 AND OTHERS.

SER. NO. 79-074,456, FILED 9-22-2009.

TINA BROWN, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# BURBERRY

**Reg. No. 3,898,440**

**Registered Jan. 4, 2011**

**Int. Cl.: 24**

**TRADEMARK**

**PRINCIPAL REGISTER**

BURBERRY LIMITED (UNITED KINGDOM CORPORATION)
HORSEFERRY HOUSE, HORSEFERRY ROAD
LONDON, UNITED KINGDOM SW1P 2AW

FOR: WOVEN MATERIALS AND TEXTILE GOODS, NAMELY, WOVEN FABRICS, FABRICS FOR USE IN THE MANUFACTURE OF CLOTHING, SWIMWEAR, HEADGEAR, FOOTWEAR, HOSIERY, BELTS, BAGS, CASES, COSMETIC CASES, TOILETRY BAGS, PURSES, WALLETS, LUGGAGE, GARMENT BAGS, UMBRELLAS, STRAPS AND BRACELETS FOR WATCHES, CLOTHING FOR ANIMALS, COLLARS AND LEASHES FOR ANIMALS; BED LINEN AND TABLE LINEN; TRAVELLING RUGS; ARTICLES MADE FROM MATERIAL AND TEXTILE, NAMELY, PLACE MATS OF TEXTILE MATERIAL, BED BLANKETS, BLANKET THROWS, BLANKETS FOR OUTDOOR USE, CHILDREN'S BLANKETS, LAP BLANKETS, PET BLANKETS, COMFORTERS, TOWELS, FACECLOTHS, HANDKERCHIEFS, TEXTILE LABELS, COVERINGS OF PLASTIC FOR FURNITURE, UNFITTED FABRIC FURNITURE COVERS, CURTAINS, WALL HANGINGS, CUSHION COVERS, IN CLASS 24 (U.S. CLS. 42 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 1585983, DATED 5-7-2002, RENEWED AS REG. NO. 001585983, DATED 3-28-2010, EXPIRES 3-28-2020.

OWNER OF U.S. REG. NOS. 259,571 AND 3,202,484.

SER. NO. 77-675,008, FILED 2-20-2009.

WARREN L. OLANDRIA, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,065,311**

**Registered Dec. 6, 2011**

**Int. Cls.: 3, 8, 10, 12, 14, 18, 21, 24, 25, 28 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

Director of the United States Patent and Trademark Office

BURBERRY LIMITED (UNITED KINGDOM LIMITED COMPANY)
HORSEFERRY HOUSE,
HORSEFERRY ROAD; LONDON SW1P 2AW
UNITED KINGDOM

FOR: NON-MEDICATED TOILET PREPARATIONS FOR THE BATH AND SHOWER, PERFUMES, TALCUM POWDER, COSMETICS, PREPARATIONS FOR TEETH AND FOR HAIR, NAMELY, TOOTHPASTE AND SHAMPOOS AND HAIR CONDITIONERS, SOAPS, ALL OVER BODY WASH; SHAMPOOS, ANTI-PERSPIRANTS, EAU DE COLOGNE; EAU DE TOILETTE WITH OR WITHOUT ALCOHOL; AND TOILET WATER, ESSENTIAL OILS, BABY BODY BALM, MASSAGE OIL, POTPOURRI, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: CUTLERY, CHRISTENING SPOONS FOR HOUSEHOLD PURPOSES , IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: INFANT FEEDING BOTTLES AND TEATS; CUPS ADAPTED FOR FEEDING BABIES, INFANTS AND CHILDREN; PACIFIERS FOR BABIES, TEETHING RINGS AND TEETHING RINGS INCORPORATING BABY RATTLES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FOR: BABY CARRIAGES, STROLLERS, PRAMS; BABY CARRIAGE, STROLLER AND PRAM HOODS, COVERS AND ACCESSORIES FOR THE AFORESAID GOODS, NAMELY, STROLLER BAGS, HEAD SUPPORTS, SHADES, PILLOWS, WEATHER SHIELDS, RAIN COVERS, UMBRELLAS, FOOT MUFFS, CUP HOLDERS, WHEELED BOARDS; SAFETY SEATS FOR INFANTS AND CHILDREN FOR VEHICLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: JEWELLERY, IMITATION JEWELLERY, FIGURINES OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BAGS, NAMELY, ATHLETIC AND SPORTS BAGS, BEACH BAGS, CARRY-ON BAGS, CLUTCH BAGS, DUFFEL AND GYM BAGS, OVERNIGHT BAGS, SCHOOL BOOK BAGS, TOTE BAGS; TRUNKS, VALISES, SUITCASES, TRAVEL BAGS, GARMENT BAGS FOR TRAVEL, BABY BAGS FOR CARRYING BABIES' ACCESSORIES, BABY CARRIERS WORN ON THE BODY, BABY HARNESSES, RUCKSACKS, SATCHELS, HOLDALLS, HANDBAGS, SHOULDER BAGS, SHOPPING BAGS AND PURSES, POUCHES, WALLETS, KEY HOLDERS MADE OF LEATHER, CREDIT CARD AND BUSINESS CARD HOLDERS, LABELS; COS-

**Reg. No. 4,065,311**

METIC CASES AND BAGS SOLD EMPTY; UMBRELLAS, PARASOLS, GENERAL PURPOSE AND SPORT TROLLEY BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: HOUSEHOLD, KITCHEN OR TABLE UTENSILS AND CONTAINERS, NAMELY, BOWLS, VASES, BOTTLES, POTS, FORKS, KNIVES, SPOONS AND TONGS; TABLEWARE, CERAMICS, PORCELAIN, GLASSWARE, EARTHENWARE AND CROCKERY, NAMELY DISHWARE, POTS, BOTTLES, BUTTER DISHES, GRAVY BOATS, JUGS, PITCHERS, SERVING PLATTERS AND TRAYS, SUGAR BOWLS, DINNERWARE, PLATES, BOWLS, CUPS, SAUCERS, MUGS, DRINKING GLASSES, TEAPOTS, COFFEE POTS, TEA SETS, GLASSES AND STEMWARE, CAKE STANDS, EGG CUPS, SALT AND PEPPER SHAKERS; BEAKERS, NAMELY, WIDE-MOUTHED DRINKING CUPS FOR HOUSEHOLD USE, DRINKING GLASSES, NAMELY, TUMBLERS; COMBS, HAIR BRUSHES; BABY BATH TUBS; POTTIES FOR CHILDREN; PORTABLE BATH TUBS FOR BABIES AND INFANTS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: TEXTILE AND TEXTILE ITEMS, NAMELY, BED BLANKETS; BED COVERS; BED LINEN; COT LINEN; DUVETS; CURTAINS; TOWELS; FACE CLOTHS; MATTRESS COVERS; PILLOW CASES; QUILTS AND EIDERDOWNS; BED SHEETS; TEXTILE AND PLASTIC TABLE COVERS; PLACE MATS OF TEXTILE; HANDKERCHIEFS; TRAVELLING RUGS; MUSLIN FABRIC, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, BABY LAYETTES FOR CLOTHING, SHIRTS, POLO SHIRTS, BLOUSES, DRESSES, SHORTS, TROUSERS, SKIRTS, JERSEYS, JUMPERS, SWEATERS, VESTS, T-SHIRTS, TANK TOPS, JEANS, PAJAMAS, COATS, OVERCOATS, JACKETS, RAINCOATS, PONCHOS, UNDERWEAR, SLEEPWEAR, LOUNGEWEAR, SKI WEAR, SWIMWEAR, TIES, SCARVES, SHAWLS, GLOVES, MITTENS, TIGHTS, SOCKS, STOCKINGS, HOSIERY, FOOTWEAR, HEADWEAR; DIAPERS OF TEXTILE, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOYS, NAMELY, MECHANICAL TOYS, INFANT TOYS, STUFFED TOYS, DOLLS, TEDDY BEARS, CLOTHING FOR TOYS, BATH TOYS; GAMES, NAMELY, BOARD GAMES, CARD GAMES, TABLETOP GAMES; BABY RATTLES; BALLS FOR GAMES; EXERCISE EQUIPMENT, NAMELY, BABY GYM MATS; SWIMMING FLOATS FOR CHILDREN AND BABIES FOR RECREATIONAL USE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: RETAIL AND WHOLESALE STORE SERVICES FEATURING CLOTHING, FOOTWEAR, HEADWEAR, BAGS, SMALL LEATHER GOODS, ACCESSORIES, HOMEWARE, PERFUMES AND TOILETRIES, JEWELLERY, CHILDREN AND INFANTS' PRODUCTS, LUXURY ITEMS , IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

THE MARK CONSISTS OF A STANDING KNIGHT IN ARMOR HOLDING A POLE WITH A BANNER IN ONE HAND AND A SHIELD WITH THE LETTER "B".

PRIORITY DATE OF 5-21-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1062785 DATED 6-3-2010, EXPIRES 6-3-2020.

SER. NO. 79-091,733, FILED 6-3-2010.

STEVEN JACKSON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,166,277**

**Registered July 3, 2012**

**Int. Cls.: 3, 9, 14, 18, 24 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

BURBERRY LIMITED (UNITED KINGDOM LIMITED COMPANY)
HORSEFERRY HOUSE,
HORSEFERRY ROAD; LONDON SW1P 2AW
UNITED KINGDOM

FOR: NON-MEDICATED TOILET PREPARATIONS; COSMETIC PREPARATIONS FOR THE BATH AND SHOWER; NON-MEDICATED BODY AND SKIN CARE PREPARATIONS; COSMETIC PREPARATIONS FOR CARE OF TEETH AND FOR HAIR; NAIL CARE PREPARATIONS AND POLISH; NAIL ACCESSORIES, NAMELY, FALSE NAILS; SOAPS; ANTI-PERSPIRANTS, DEODORANTS; PERFUMES, EAU DE COLOGNE, EAU DE TOILETTE AND TOILET WATER; ESSENTIAL OILS, MASSAGE OIL; POT POURRI, ROOM FRAGRANCE AND INCENSE; CLEANING PREPARATIONS FOR LEATHER AND NON-LEATHER GOODS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: SUNGLASSES, SPECTACLES, OPTICAL GLASSES, FITTED FRAMES AND LENSES FOR THE AFORESAID GOODS, CASES AND HOLDERS FOR THE AFORESAID GOODS, AND PARTS AND FITTINGS FOR ALL THE AFORESAID GOODS; CASES AND HOLDERS SPECIALLY ADAPTED FOR USE WITH PORTABLE ELECTRONIC DEVICES, MOBILE TELEPHONES, PORTABLE AUDIO AND VIDEO SYSTEMS AND COMPUTERS; CAMERA CASES; MOBILE PHONES AND MOBILE PHONE ACCESSORIES, NAMELY, MOBILE PHONE COVERS AND SKINS, CHARMS AND LANYARDS FOR MOBILE PHONES, MOBILE PHONE FASCIAS IN THE NATURE OF PROTECTIVE COVERS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: WATCHES, CLOCKS AND PARTS, FITTINGS AND CASES FOR ALL THE AFORESAID GOODS; WATCH STRAPS AND BRACELETS THEREFORE; JEWELLERY, IMITATION JEWELLERY, TIE-PINS, TIE CLIPS AND CUFF LINKS; ARTICLES MADE OF PRECIOUS METALS OR COATED THEREWITH, NAMELY, KEY RINGS, CHARMS, BADGES, SHOE ORNAMENTS; JEWELLERY BOXES AND CASES; MODELS AND FIGURES OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: ALL-PURPOSE CARRYING BAGS, TRUNKS, VALISES, SUITCASES, TRAVELLING BAGS, GARMENT BAGS, BABY BAGS, BABY CARRIERS WORN ON THE BODY, BABY HARNESSES WORN ON THE BODY, RUCKSACKS, SATCHELS, HOLDALLS, HANDBAGS, SHOULDER BAGS, SHOPPING BAGS, WHEELED SHOPPING BAGS AND PURSES, POUCHES; WALLETS, KEY HOLDERS MADE OF LEATHER OR IMITATIONS OF LEATHER, CREDIT CARD HOLDERS OF LEATHER AND IMITATIONS OF LEATHER,

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

**Reg. No. 4,166,277**

POCHETTES; LABELS, LUGGAGE LABELS AND TAGS ALL MADE OF LEATHER AND IMITATIONS OF LEATHER; COSMETIC CASES AND BAGS SOLD EMPTY, CASES FOR MANICURE SETS SOLD EMPTY; JEWELLERY ROLLS FOR TRAVEL; UMBRELLAS, PARASOLS; CLOTHING FOR PETS; HORSE BLANKETS; COLLARS AND LEASHES FOR ANIMALS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: TEXTILES AND TEXTILE ITEMS, NAMELY, BED BLANKETS, BED COVERS, BED LINEN, COT LINEN, DUVETS, AND CURTAINS; TOWELS; FACE CLOTHS; MATTRESS COVERS; PILLOWCASES; QUILTS AND EIDERDOWNS; BED SHEETS; TABLE COVERS; UNFITTED FABRIC FURNITURE COVERS, WALL HANGINGS, CUSHION COVERS; PLACEMATS OF TEXTILE; HANDKERCHIEFS; TRAVELLING RUGS; PET BLANKETS; TEXTILE LABELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS, POLO SHIRTS, BLOUSES, DRESSES, SHORTS, TROUSERS, SUITS, SKIRTS, JERSEYS, JUMPERS, SWEATERS, CARDIGANS, GILETS, T-SHIRTS, SINGLETS, VESTS, TANK TOPS, WAISTCOATS, JEANS, PYJAMAS, COATS, OVERCOATS, TRENCH COATS, CASUAL COATS, RAINCOATS, JACKETS, PONCHOS, BLOUSONS, CAPES, LINGERIE, UNDERWEAR, UNDERGARMENTS, SLEEPWEAR, LOUNGEWEAR; SKI WEAR, SPORTS TROUSERS, SPORTS SHORTS, SPORTS SHIRTS, SPORTS JACKETS, SWEAT PANTS, SWEAT SHIRTS, SWEAT SHORTS, TRACKSUITS, SWIMWEAR; READY-MADE LININGS SOLD AS COMPONENT PARTS OF COATS; CLOTHING BELTS; TIES, WRAPS, SERAPES, SARONGS, SCARVES, SHAWLS AND STOLES; GLOVES; TIGHTS, SOCKS, STOCKINGS, HOSIERY, LEGGINGS; FOOTWEAR; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

OWNER OF U.S. REG. NOS. 2,689,921, 2,845,852 AND OTHERS.

PRIORITY DATE OF 10-8-2010 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1085596 DATED 4-5-2011, EXPIRES 4-5-2021.

THE COLOR(S) WHITE, BLACK, GREY AND BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF VERTICAL AND HORIZONTAL LINES, WHITE SQUARES, BLACK HORIZONTAL LINES AND BLUE HORIZONTAL LINES, ALL INTERSECTING AND FORMING A PLAID PATTERN WITH VARYING SHADES OF WHITE, GREY AND BLUE.

SEC. 2(F).

SER. NO. 79-100,606, FILED 4-5-2011.

MARK T. MULLEN, EXAMINING ATTORNEY